**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **BOBBY** First name  Middle name  **LOCKETT, Sr.** Last name and Suffix (Sr., Jr., II, III) | **EUNICE** First name  Middle name  **LOCKETT** Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. | **Bobby Lockett Bobbie Lockett, Sr. Bobbie Lockett** | **Eunice F. Lockett Eunice Fondren** |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9495 | xxx-xx-7461 |

Debtor 1   **BOBBY LOCKETT, Sr.**
Debtor 2   **EUNICE LOCKETT**                                    Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.   Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

| About Debtor 1: | About Debtor 2: |
|---|---|
| ■ I have not used any business name or EINs. | ■ I have not used any business name or EINs. |
| Business name(s) | Business name(s) |
| EINs | EINs |

**5.   Where you live**

| | |
|---|---|
| **801 Bellflower Lane** <br> **Bolingbrook, IL 60440** <br> Number, Street, City, State & ZIP Code | If Debtor 2 lives at a different address: <br><br> Number, Street, City, State & ZIP Code |
| **Will** <br> County | County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6.   Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **BOBBY LOCKETT, Sr.** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **EUNICE LOCKETT** | | |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | | Case number, if known | |
| Debtor | | Relationship to you | |
| District | | When | | Case number, if known | |

**11.** **Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **BOBBY LOCKETT, Sr.**

Debtor 2    **EUNICE LOCKETT**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

Number, Street, City, State & Zip Code

---

| | |
|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** |
| Debtor 2 | **EUNICE LOCKETT** |

Case number *(if known)*

**Part 5:**    Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
      I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
      My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
      I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
      I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
      My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
      I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** **Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** **How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** **How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ BOBBY LOCKETT, Sr.**                          **/s/ EUNICE LOCKETT**
**BOBBY LOCKETT, Sr.**                              **EUNICE LOCKETT**
Signature of Debtor 1                               Signature of Debtor 2

Executed on  **March 14, 2018**                     Executed on  **March 14, 2018**
MM / DD / YYYY                                      MM / DD / YYYY

| Debtor 1 | **BOBBY LOCKETT, Sr.** | |
|---|---|---|
| Debtor 2 | **EUNICE LOCKETT** | Case number *(if known)* |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Joseph B. Taconi**                              Date   **March 14, 2018**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Joseph B. Taconi**
Printed name

**Law Offices of Joseph B. Taconi**
Firm name

**1014 N. Eleventh Avenue**
**Melrose Park, IL 60160**
Number, Street, City, State & ZIP Code

Contact phone   **708-289-8876**                Email address   **Taconilawgroup@aol.com**

**IL**
Bar number & State

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **EUNICE LOCKETT** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................................................ | $                          0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................................ | $                    14,792.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B...................................................................... | $                    14,792.00 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $                  187,579.49 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.*.............................. | $                          0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.*........................... | $                  357,796.92 |
| **Your total liabilities** | $                  545,376.41 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I.*.............................................................. | $                      5,373.18 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J.*......................................................... | $                      6,121.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■  Yes

7.  **What kind of debt do you have?**

■  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **3,920.18**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **EUNICE LOCKETT** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **BMW** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **323i** | ☐ Debtor 1 only | |
| | Year: | **1999** | ■ Debtor 2 only | |
| | Approximate mileage: | **130,000 miles** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | | |

Vehicle is presently inoperable, unlicensed and in need of mechanical repair
Location: 801 Bellflower Lane, Bolingbrook IL 60440

☐ Check if this is community property
(see instructions)

**$686.00**     **$686.00**

| 3.2 | Make: | **Dodge** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Ram van** | ☐ Debtor 1 only | |
| | Year: | **2001** | ■ Debtor 2 only | |
| | Approximate mileage: | **70,000 miles** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |

Vehicle is in fair condition
Location: 801 Bellflower Lane, Bolingbrook IL 60440

☐ Check if this is community property
(see instructions)

**$1,054.00**     **$1,054.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**                                    Case number *(if known)*

| | | |
|---|---|---|
| 3.3 | Make: **Buick** | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model: **Verano**
Year: **2012**
Approximate mileage: **68,000 miles**
Other information:

**Vehicle is in fair condition and needs mechanical work Location: 801 Bellflower Lane, Bolingbrook IL 60440**

Current value of the entire property?    **$5,351.00**
Current value of the portion you own?    **$5,351.00**

---

3.4    Make: **Lincoln**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model: **Navigator**
Year: **2004**
Approximate mileage: **180,000**
Other information:

**Vehicle is in poor condition Location: 801 Bellflower Lane, Bolingbrook IL 60440**

Current value of the entire property?    **$1,641.00**
Current value of the portion you own?    **$1,641.00**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>**    **$8,732.00**

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   **Misc. home furnishings, to wit:  couch and end tables, bedroom set
   Location: 801 Bellflower Lane, Bolingbrook IL 60440**    **$200.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   **I-pads (2) and cell phones
   Location: 801 Bellflower Lane, Bolingbrook IL 60440**    **$200.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number *(if known)* _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Misc. items of adult man's and woman's clothing** <br> **Location: 801 Bellflower Lane, Bolingbrook IL 60440** | $500.00 |

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Misc. items of man's & woman's jewelry, to wit:  watches, rings,** <br> **earrings, bracelets & various costume jewelry items** <br> **Location: 801 Bellflower Lane, Bolingbrook IL 60440** | $500.00 |

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .......................................................................

$1,400.00

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** <br> Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes................................................................................................................

| | |
|---|---|
| **Cash on hand** <br> **Location: 801 Bellflower Lane, Bolingbrook IL 60440** | $100.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor 1 | **BOBBY LOCKETT, Sr.** | |
|---|---|---|
| Debtor 2 | **EUNICE LOCKETT** | Case number *(if known)* |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................      Institution name:

| 17.1. | **Checking account** | **Checking account** **Chase Bank, Bolingbrook, Illinois** | **$0.00** |
|---|---|---|---|
| 17.2. | **Checking account** | **Checking account** **Chase Bank, Chicago, Illinois** | **$560.00** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No

☐ Yes.  Give specific information about them...................
  Name of entity:                                   % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
      Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | **Pension** | **Interest in Kraft Foods Group, Inc. pension, administered by Fidelity Investments, Boston, MA** | **Unknown** |
| | **Pension** | **Interest in Veritiv Corporation/Unisource Worldwide, Inc.  pension, administered by Vanguard Group Investment Management Company, Valley Forge, PA** | **Unknown** |
| | **Pension** | **Interest in County Employees' and Officers' Annuity and Benefit Fund of Cook County, Chicago, IL** | **Unknown** |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. ....................      Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

Official Form 106A/B                              Schedule A/B: Property                                   page 4

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**                                    Case number *(if known)* _____

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......    _____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.
        Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
■ Yes.  Describe each claim.........

| **Workman's compensation claim pending in Illinois Industrial Commission Case No. 11-WC-047905 Location: 801 Bellflower Lane, Bolingbrook IL 60440** | **$4,000.00** |
|---|---|

Debtor 1 **BOBBY LOCKETT, Sr.**
Debtor 2 **EUNICE LOCKETT**

Case number *(if known)*

---

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   - ■ No
   - ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   - ■ No
   - ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................

| | |
|---|---|
| | **$4,660.00** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
   - ■ No. Go to Part 6.
   - ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   - ■ No. Go to Part 7.
   - ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ■ No
   - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

| | |
|---|---|
| | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ............................................................................................... **$0.00**

56. **Part 2: Total vehicles, line 5** **$8,732.00**
57. **Part 3: Total personal and household items, line 15** **$1,400.00**
58. **Part 4: Total financial assets, line 36** **$4,660.00**
59. **Part 5: Total business-related property, line 45** **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52** **$0.00**
61. **Part 7: Total other property not listed, line 54** + **$0.00**

62. **Total personal property.** Add lines 56 through 61... **$14,792.00** Copy personal property total **$14,792.00**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62

| | |
|---|---|
| | **$14,792.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **EUNICE LOCKETT** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**     **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1999 BMW 323i 130,000 miles miles Vehicle is presently inoperable, unlicensed and in need of mechanical repair Location: 801 Bellflower Lane, Bolingbrook IL 60440** Line from *Schedule A/B*: **3.1** | $686.00 | ■ $686.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **2001 Dodge Ram van 70,000 miles miles Vehicle is in fair condition Location: 801 Bellflower Lane, Bolingbrook IL 60440** Line from *Schedule A/B*: **3.2** | $1,054.00 | ■ $1,054.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |
| **2004 Lincoln Navigator 180,000 miles Vehicle is in poor condition Location: 801 Bellflower Lane, Bolingbrook IL 60440** Line from *Schedule A/B*: **3.4** | $1,641.00 | ■ $1,641.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |
| **Misc. home furnishings, to wit: couch and end tables, bedroom set Location: 801 Bellflower Lane, Bolingbrook IL 60440** Line from *Schedule A/B*: **6.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

_____
Case number (if known)  _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **I-pads (2) and cell phones**<br>**Location: 801 Bellflower Lane, Bolingbrook IL 60440**<br>Line from *Schedule A/B*: **7.1** | $200.00 | ■ | $200.00 | **735 ILCS 5/12-1001(b)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc. items of adult man's and woman's clothing**<br>**Location: 801 Bellflower Lane, Bolingbrook IL 60440**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ | $500.00 | **735 ILCS 5/12-1001(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc. items of man's & woman's jewelry, to wit:  watches, rings, earrings, bracelets & various costume jewelry items**<br>**Location: 801 Bellflower Lane, Bolingbrook IL 60440**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■ | $500.00 | **735 ILCS 5/12-1001(b)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash on hand**<br>**Location: 801 Bellflower Lane, Bolingbrook IL 60440**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■ | $100.00 | **735 ILCS 5/12-1001(b)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking account: Checking account Chase Bank, Chicago, Illinois**<br>Line from *Schedule A/B*: **17.2** | $560.00 | ■ | $560.00 | **735 ILCS 5/12-1001(b)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Pension: Interest in Kraft Foods Group, Inc. pension, administered by Fidelity Investments, Boston, MA**<br>Line from *Schedule A/B*: **21.1** | Unknown | ■ | 100% | **735 ILCS 5/12-1006** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Pension: Interest in Veritiv Corporation/Unisource Worldwide, Inc.  pension, administered by Vanguard Group Investment Management Company, Valley Forge, PA**<br>Line from *Schedule A/B*: **21.2** | Unknown | ■ | 100% | **735 ILCS 5/12-1006** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Pension: Interest in County Employees' and Officers' Annuity and Benefit Fund of Cook County, Chicago, IL**<br>Line from *Schedule A/B*: **21.3** | Unknown | ■ | 100% | **735 ILCS 5/12-1006** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Workman's compensation claim pending in Illinois Industrial Commission Case No. 11-WC-047905 Location: 801 Bellflower Lane, Bolingbrook IL 60440**<br>Line from *Schedule A/B*: **33.1** | $4,000.00 | ■ | $4,000.00 | **820 ILCS 305/21** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**                                    Case number (if known) _____

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐    No

        ☐    Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **EUNICE LOCKETT** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |
| **2.1** American General Financial<br>Creditor's Name<br><br>**American General Finance<br>PO Box 3251<br>Evansville, IN 47731**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br><br>former auto loan of record<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 | $0.00 |
| **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)   former auto loan of record | | | |
| Date debt was incurred **on or about 2004 - 2007** | Last 4 digits of account number   **0620** | | | |

| | | | | |
|---|---|---|---|---|
| **2.2** Chase Mortgage<br>Creditor's Name<br><br>**JPMorgan Chase Bank, N.A.<br>3415 Vision Drive<br>Columbus, OH 43219**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br><br>real estate lost in foreclosure on or about 2015 in Circuit Court of Cook County, IL Case No. 2014-CH-10877<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $107,052.92 | Unknown | Unknown |
| **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)   mortgage loan | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1 **BOBBY LOCKETT, Sr.**

First Name    Middle Name    Last Name

Case number (if know)

Debtor 2 **EUNICE LOCKETT**

First Name    Middle Name    Last Name

Date debt was incurred **on or about 2004 - 2017**    Last 4 digits of account number    **9273**

---

| 2.3 | **HSBC Auto Finance** |
|---|---|

Creditor's Name

**PO Box 961245**
**Fort Worth, TX 76161**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:    Unknown    Unknown    Unknown

former auto loan of record

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    former auto loan of record

Date debt was incurred **on or about 2006 - 2010**    Last 4 digits of account number    **4756**

---

| 2.4 | **HSBC Auto Finance** |
|---|---|

Creditor's Name

**PO Box 961245**
**Fort Worth, TX 76161**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:    $0.00    $0.00    $0.00

former auto loan of record

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    former auto loan of record

Date debt was incurred **on or about 2004 - 2007**    Last 4 digits of account number    **7912**

---

| 2.5 | **Midland Mortgage/MidFirst** |
|---|---|

Creditor's Name

**Attn: Customer Service/Bankruptcy**
**PO Box 26648**
**Oklahoma City, OK 73216**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Describe the property that secures the claim:    Unknown    Unknown    Unknown

former mortgage loan of record

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 9

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **BOBBY LOCKETT, Sr.**

First Name          Middle Name          Last Name

Debtor 2  **EUNICE LOCKETT**

First Name          Middle Name          Last Name

Case number (if know)

☐ **Check if this claim relates to a community debt**

■ **Other (including a right to offset)**    **former mortgage loan of record**

Date debt was incurred    **on or about 1987 - 2008**    Last 4 digits of account number    **3133**

---

| 2.6 | **Pennymac Loan Services, LLC** | Describe the property that secures the claim: | Unknown | Unknown | Unknown |

Creditor's Name

**Attn: Bankruptcy PO Box 514357 Los Angeles, CA 90051**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Real estate located at 624 N. Monticello Avenue, Chicago, IL lost in foreclosure in 2012 in Circuit Court of Cook County , IL Case No. 2011-CH-010276**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **mortgage loan of record**

Date debt was incurred    **on or about 2005 - 2017**    Last 4 digits of account number    **1538**

---

| 2.7 | **Regional Acceptance Corporation** | Describe the property that secures the claim: | $24,910.00 | $5,351.00 | $19,559.00 |

Creditor's Name

**PO Box 580075 Charlotte, NC 28258**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2012 Buick Verano 68,000 miles miles Vehicle is in fair condition and needs mechanical work Location: 801 Bellflower Lane, Bolingbrook IL 60440**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **auto loan**

Date debt was incurred    **on or about 8/2012**    Last 4 digits of account number    **6701**

---

| 2.8 | **Residential Credit Solutions, Inc.** | Describe the property that secures the claim: | Unknown | Unknown | Unknown |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **BOBBY LOCKETT, Sr.**
First Name    Middle Name    Last Name

Debtor 2 **EUNICE LOCKETT**
First Name    Middle Name    Last Name

Case number (if know) _____

Creditor's Name

**4282 North Freeway**
**Fort Worth, TX 76137**
Number, Street, City, State & Zip Code

**former mortgage loan of record**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **former mortgage loan of record**

Date debt was incurred   **on or about 2003 - 2011**    Last 4 digits of account number   **3489**

---

2.9 **Santander Consumer USA**
Creditor's Name

**PO Box 961245**
**Fort Worth, TX 76161**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:    **$0.00**    **$0.00**    **$0.00**

**former auto loan of record**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **former auto loan of record**

Date debt was incurred   **on or about 2006 - 2010**    Last 4 digits of account number   **4756**

---

2.10 **Santander Consumer USA**
Creditor's Name

**PO Box 961245**
**Fort Worth, TX 76161**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:    **Unknown**    **$0.00**    **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **auto loan**

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 9

Debtor 1 **BOBBY LOCKETT, Sr.**
First Name    Middle Name    Last Name

Debtor 2 **EUNICE LOCKETT**
First Name    Middle Name    Last Name

Case number (if know)

| | | | |
|---|---|---|---|
| Date debt was incurred | **on or about 2008 - 2012** | Last 4 digits of account number | **1000** |

---

| 2.1 1 | **Santander Consumer USA** | | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> former auto loan of record

**PO Box 961245**
**Fort Worth, TX 76161**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   former auto loan of record

---

| | | | |
|---|---|---|---|
| Date debt was incurred | **on or about 2004 - 2007** | Last 4 digits of account number | **7912** |

---

| 2.1 2 | **ShoreBank** | | | Unknown | Unknown | Unknown |
|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> mortgage loan of record

**7054 S. Jeffery Blvd**
**Chicago, IL 60649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check all that apply.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   mortgage loan of record

---

| | | | |
|---|---|---|---|
| Date debt was incurred | **on or about August 7, 2003** | Last 4 digits of account number | |

---

| 2.1 3 | **Springleaf Financial Services** | | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> former auto loan of record

**Attn: Bankruptcy Department**
**PO Box 3251**
**Evansville, IN 47731**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

---

Debtor 1   **BOBBY LOCKETT, Sr.**

First Name          Middle Name          Last Name          Case number *(if know)*

Debtor 2   **EUNICE LOCKETT**

First Name          Middle Name          Last Name

- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **former auto loan of record**

Date debt was incurred   **on or about 2004 - 2007**   Last 4 digits of account number   **0620**

---

| 2.14 | **Urban Partnership Bank** | | Unknown | Unknown | Unknown |

Creditor's Name

Describe the property that secures the claim:

**former mortgage loan of record**

**7054 S. Jeffery Blvd.
Chicago, IL 60649**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **former mortgage loan of record**

Date debt was incurred   Last 4 digits of account number   **0710**

---

| 2.15 | **Urban Partnership Bank, as assignee** | | $52,397.57 | Unknown | Unknown |

Creditor's Name

Describe the property that secures the claim:

**real estate located at 1420 N. Waller Avenue, Chicago, IL 60651, foreclosed in Circuit Court of Cook County, IL Case No. 2012 CH 19758**

**of the Federal Deposit Ins. Corp.
7936 S. Cottage Grove Avenue
Chicago, IL 60619**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **mortgage loan**

Date debt was incurred   Last 4 digits of account number   **3388**

---

| 2.16 | **Wells Fargo Bank, N.A., as Trustee** | | Unknown | Unknown | Unknown |

Creditor's Name

Describe the property that secures the claim:

**real estate located at 802 N. 1st Avenue, Maywood, IL 60153, foreclosed in Circuit Court of Cook County, IL Case No. 2014 CH 10877**

**for Park Place Securities, Inc.
420 Montgomery Street
San Francisco, CA 94163**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 6 of 9

| | | |
|---|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** | Case number (if know) |
| | First Name       Middle Name       Last Name | |
| Debtor 2 | **EUNICE LOCKETT** | |
| | First Name       Middle Name       Last Name | |

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **mortgage loan**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.1 7 | **Wells Fargo Dealer Services** | Describe the property that secures the claim: | $3,219.00 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 1697**
**Winterville, NC 28590**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **auto loan**

Date debt was incurred   **on or about 2007 - 2017**   Last 4 digits of account number   **0902**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $187,579.49 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $187,579.49 |

---

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Anselmo Lindberg Oliver LLC**
**1771 West Diehl Road, Ste. 120**
**Naperville, IL 60563**

On which line in Part 1 did you enter the creditor? **2.17**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Anselmo Lindberg Oliver LLC**
**1771 West Diehl Road, Ste. 120**
**Naperville, IL 60563**

On which line in Part 1 did you enter the creditor? **2.16**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Chase Mortgage**
**JPMorgan Chase Bank, N.A.**
**PO Box 24696**
**Columbus, OH 43224**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **BOBBY LOCKETT, Sr.**

First Name          Middle Name          Last Name

Debtor 2    **EUNICE LOCKETT**

First Name          Middle Name          Last Name

Case number (if know)

---

Name, Number, Street, City, State & Zip Code

**Chuhak & Tecson. P.C.**
**30 S. Wacker Drive, #2600**
**Chicago, IL 60606**

On which line in Part 1 did you enter the creditor?  **2.15**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code

**Chuhak & Tecson. P.C.**
**30 S. Wacker Drive, #2600**
**Chicago, IL 60606**

On which line in Part 1 did you enter the creditor?  **2.12**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code

**Chuhak & Tecson. P.C.**
**30 S. Wacker Drive, #2600**
**Chicago, IL 60606**

On which line in Part 1 did you enter the creditor?  **2.14**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code

**Codilis & Associates, PC**
**15W030 N. Frontage Road**
**Burr Ridge, IL 60527**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code

**Equity Funding LLC as successor in**
**interest to Urban Partnership Bank**
**12505 Bel-Red Road, Ste. 200**
**Bellevue, WA 98005**

On which line in Part 1 did you enter the creditor?  **2.15**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code

**Equity Funding, LLC**
**820 A Street, Ste. 220**
**Tacoma, WA 98402**

On which line in Part 1 did you enter the creditor?  **2.15**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code

**Keith S. Swindler**
**Law Office of Keith S. Swindler Ltd**
**1990 East Algonquin Road, Suite 180**
**Schaumburg, IL 60173**

On which line in Part 1 did you enter the creditor?  **2.15**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code

**Midland Mortgage/MidFirst**
**999 NW Grand Blvd.**
**Oklahoma City, OK 73118**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code

**Pennymac Loan Service**
**PO Box 514387**
**Los Angeles, CA 90051**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number ___

---

Name, Number, Street, City, State & Zip Code

**Radiance Capital Financial LLC**
**820 A Street, Ste. 220**
**Tacoma, WA 98402**

On which line in Part 1 did you enter the creditor?  **2.15**

Last 4 digits of account number ___

---

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 8 of 9

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **BOBBY LOCKETT, Sr.** | | | Case number (*if know*) | |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **EUNICE LOCKETT** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**Regional Acceptance Corporation**
**PO Box 830913**
**Birmingham, AL 35283**

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Regional Acceptance Corporation**
**304 Kellm Road**
**Virginia Beach, VA 23462**

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Urban Partnership Bank**
**55 East Jackson, 16th Floor**
**Chicago, IL 60604**

On which line in Part 1 did you enter the creditor? **2.15**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Urban Partnership Bank**
**7054 S. Jeffery Blvd.**
**Chicago, IL 60649**

On which line in Part 1 did you enter the creditor? **2.15**

Last 4 digits of account number ___

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **EUNICE LOCKETT** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ■ No. Go to Part 2.

    ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

| 4.1 | **Adventist Hinsdale Hospital** | Last 4 digits of account number **8170** | $75.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**75 Remittance Drive, Ste. 3250**
**Chicago, IL 60675**

When was the debt incurred?   **4/25/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical expense**

Debtor 1  **BOBBY LOCKETT, Sr.**

Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

---

| 4.2 | **Afni, Inc.** | Last 4 digits of account number | **9696** | | $138.00 |

Nonpriority Creditor's Name

**PO Box 2097**
**Bloomington, IL 61702**

Number Street City State Zip Code

When was the debt incurred?  **on or about 2010 - 2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Claim for balance due on account for and/or acquired from AT&T**

---

| 4.3 | **Afni, Inc.** | Last 4 digits of account number | **3888** | | $124.00 |

Nonpriority Creditor's Name

**PO Box 3427**
**Bloomington, IL 61702**

Number Street City State Zip Code

When was the debt incurred?  **on or about 2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Claim for balance due on account for and/or acquired from AT&T**

---

| 4.4 | **American Express** | Last 4 digits of account number | **4008** | | $2,599.49 |

Nonpriority Creditor's Name

**Box 0001**
**Los Angeles, CA 90096**

Number Street City State Zip Code

When was the debt incurred?  **on or about 2014 - 2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

---

Debtor 1   **BOBBY LOCKETT, Sr.**
Debtor 2   **EUNICE LOCKETT**                                      Case number *(if know)*

---

| 4.5 | **American Express** | Last 4 digits of account number | **9253** | $2,637.00 |

Nonpriority Creditor's Name

**PO Box 297871**
**Fort Lauderdale, FL 33329**

When was the debt incurred?    **on or about 2006 - 2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

---

| 4.6 | **AT&T** | Last 4 digits of account number | **0777** | **Unknown** |

Nonpriority Creditor's Name

**208 S. Akard Street**
**Dallas, TX 75202**

When was the debt incurred?    **on or about 2012 - 2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Claim for balance due on account**

---

| 4.7 | **AT&T** | Last 4 digits of account number | **6260** | $61.00 |

Nonpriority Creditor's Name

**208 S. Akard Street**
**Dallas, TX 75202**

When was the debt incurred?    **on or about 2010 - 2018**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Claim for balance due on service account**

---

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number *(if know)*

---

| 4.8 | **AT&T** | Last 4 digits of account number | **5001** | $60.00 |

Nonpriority Creditor's Name
**208 S. Akard Street**
**Dallas, TX 75202**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **on or about 2010 - 2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Claim for balance due on service account**

---

| 4.9 | **Barron, John T., MD** | Last 4 digits of account number | **5181** | Unknown |

Nonpriority Creditor's Name
**Loyola University Medical Center**
**Two Westbrook Corporate Ctr, #700**
**Westchester, IL 60154**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **on or about 2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical expense**

---

| 4.10 | **Blue Cross Blue Shield of Illinois** | Last 4 digits of account number | **0170** | Unknown |

Nonpriority Creditor's Name
**PO Box 34576**
**Dept. 68969407**
**Louisville, KY 40232**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **4/27/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Claim for balance due on account**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number *(if know)* _____

| 4.1 1 | **Buchanan, Amy, MD** | Last 4 digits of account number | **0135** | **$15.00** |

Nonpriority Creditor's Name

**Loyola University Medical Center**
**Two Westbrook Corporate Ctr, #700**
**Westchester, IL 60154**

Number Street City State Zip Code

When was the debt incurred?  **on or about 2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

---

| 4.1 2 | **Capital One Bank (USA), N.A.** | Last 4 digits of account number | **7441** | **$3,065.00** |

Nonpriority Creditor's Name

**PO Box 6492**
**Carol Stream, IL 60197**

Number Street City State Zip Code

When was the debt incurred?  **on or about 1999 - 2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

---

| 4.1 3 | **Capital One Bank USA, NA** | Last 4 digits of account number | **7276** | **Unknown** |

Nonpriority Creditor's Name

**Capital One, N.A.**
**PO Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

When was the debt incurred?  **on or about 2002 - 2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number *(if know)* _____

| 4.1 4 | | |
|---|---|---|

**Capital One, N.A.**
Nonpriority Creditor's Name
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **9549**    **Unknown**

**When was the debt incurred?**  **on or about 2003 - 2010**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

| 4.1 5 | | |
|---|---|---|

**Capital One, N.A.**
Nonpriority Creditor's Name
**PO Box 30253**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **8553**    **Unknown**

**When was the debt incurred?**  **on or about 2007 - 2009**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

| 4.1 6 | | |
|---|---|---|

**Chase Bank (Court Orders & Levies)**
Nonpriority Creditor's Name
**JPMorgan Chase Bank, N.A.**
**350 S. Cleveland**
**Westerville, OH 43081**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____    **Unknown**

**When was the debt incurred?**  **on or about 2012 - 2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Claim for balance due on account**

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

| 4.1 7 | **Chase Bank/Chase Bank USA, N.A.** | Last 4 digits of account number | **3513** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 15298**
**Wilmington, DE 19850**
Number Street City State Zlp Code

When was the debt incurred?  **on or about 2008 - 2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                     ☐ Contingent

■ Debtor 1 and Debtor 2 only        ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

☐ Yes                     ■ Other. Specify

---

| 4.1 8 | **Chase Mortgage** | Last 4 digits of account number | **9273** | **Unknown** |

Nonpriority Creditor's Name
**JPMorgan Chase Bank, N.A.**
**3415 Vision Drive**
**Columbus, OH 43219**
Number Street City State Zlp Code

When was the debt incurred?  **on or about 2004 - 2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                     ☐ Contingent

■ Debtor 1 and Debtor 2 only        ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Any and claims for deficiency balance, deficiency judgment, principal, interest, late fees and/or any and all costs and expenses, arising from mortgage loan**

☐ Yes                     ■ Other. Specify

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

---

| 4.19 | | | |
|---|---|---|---|

**Choice Recovery, Inc.**

Last 4 digits of account number  **1887**                      **$20.00**

Nonpriority Creditor's Name

**PO Box 20790**
**Columbus, OH 43220**

When was the debt incurred?  **on or about 2016 - 2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Claim for balance due on account for and/or acquired from Tennebaum and Anstadt, Ltd.**

---

| 4.20 | | | |
|---|---|---|---|

**Citibank, NA**

Last 4 digits of account number  **4633**                      **Unknown**

Nonpriority Creditor's Name

**Citicorp Centralized Bankruptcy**
**PO Box 790040**
**Saint Louis, MO 63129**

When was the debt incurred?  **on or about 2002 - 2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

---

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number *(if know)* _____

---

| 4.2 1 | **Columbus Bank & Trust** | Last 4 digits of account number | **2845** | **Unknown** |

Nonpriority Creditor's Name

**Attn:  Bankruptcy Dept.**
**PO Box 3997**
**Saint Joseph, MO 64503**

When was the debt incurred?    **on or about 2001 - 2007e**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

■ Debtor 1 and Debtor 2 only              ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**     ☐ Student loans
**debt**
                                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                                      **Various credit card purchases for food,**
                                                                      **clothes, gas, household goods and/or misc.**
☐ Yes                                             ■ Other. Specify  **sundry items**

---

| 4.2 2 | **Commonwealth Edison Company** | Last 4 digits of account number | **6021** | **$389.53** |

Nonpriority Creditor's Name

**ComEd**
**PO Box 6111**
**Carol Stream, IL 60197**

When was the debt incurred?    **on or about 2014 - 2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

■ Debtor 1 and Debtor 2 only              ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**     ☐ Student loans
**debt**
                                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify  **Claim for balance due on utility account**

---

| 4.2 3 | **Commonwealth Edison Company** | Last 4 digits of account number | **7037** | **$62.72** |

Nonpriority Creditor's Name

**ComEd**
**PO Box 6111**
**Carol Stream, IL 60197**

When was the debt incurred?    **on or about 2010 - 2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

■ Debtor 1 and Debtor 2 only              ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**     ☐ Student loans
**debt**
                                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify  **Claim for balance due on utility account**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know)

---

| 4.2 4 | **Commonwealth Edison Company** | Last 4 digits of account number | **any and all accounts** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ComEd**
**PO Box 6111**
**Carol Stream, IL 60197**

When was the debt incurred?   **on or about 2004 - 2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Any and all claims for any balances due on any and all electric utility accounts**

---

| 4.2 5 | **Commonwealth Edison Company** | Last 4 digits of account number | **9215** | **$63.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ComEd**
**PO Box 805379**
**Chicago, IL 60680**

When was the debt incurred?   **on or about 2010 - 2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Claim for balance due on utility account**

---

| 4.2 6 | **Cook County Dept of Revenue** | Last 4 digits of account number | **8524** | **$760.70** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**118 N. Clark Street, Room 1160**
**Chicago, IL 60602**

When was the debt incurred?   **on or about 2014 - 2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Claim for balance due on insurance account**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**                                        Case number (if know) _____

---

| 4.2 7 | | | |

**Cook County Treasurer**

Nonpriority Creditor's Name
**PO Box 805438**
**Chicago, IL 60680**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0000**                              **Unknown**

**When was the debt incurred?    on or about 2014 - 2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Claim for real estate taxes**

---

| 4.2 8 | | | |

**Cook County Treasurer**

Nonpriority Creditor's Name
**PO Box 805438**
**Chicago, IL 60680**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0000**                              **Unknown**

**When was the debt incurred?    on or about 2014 - 2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Claim for real estate taxes**

---

| 4.2 9 | | | |

**Cook County Treasurer**

Nonpriority Creditor's Name
**PO Box 805438**
**Chicago, IL 60680**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **various**                              **Unknown**

**When was the debt incurred?    on or about 2014 - 2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Any and all claims for real estate taxes**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

| 4.3 0 | **Credit Protection Association** | Last 4 digits of account number | **9215** | **$63.00** |

Nonpriority Creditor's Name
**PO Box 802068**
**Dallas, TX 75380**
Number Street City State Zip Code

When was the debt incurred?  **on or about 2016 - 2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Claim for balance due on account for and/or acquired from Commonwealth Edison Company/ComEd**

---

| 4.3 1 | **Deltcheva, Iliana** | Last 4 digits of account number | **various** | **Unknown** |

Nonpriority Creditor's Name
**1130 Darrow Avenue, Apt. 2N**
**Evanston, IL 60202**
Number Street City State Zip Code

When was the debt incurred?  **on or about 2012 - 2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Any and claims for monies du on accounts**

---

| 4.3 2 | **Enhanced Recovery Corp.** | Last 4 digits of account number | **0777** | **$240.00** |

Nonpriority Creditor's Name
**8014 Bayberry Road**
**Jacksonville, FL 32256**
Number Street City State Zip Code

When was the debt incurred?  **on or about 2012 - 2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Claim for balance due on account for and/or acquired from AT&T**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **BOBBY LOCKETT, Sr.**
Debtor 2   **EUNICE LOCKETT**

Case number (if know) _____

---

**4.33**

| **Enhanced Recovery Corp.** | Last 4 digits of account number | **6260** | $61.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**8014 Bayberry Road**
**Jacksonville, FL 32256**
Number Street City State Zip Code

When was the debt incurred?   **on or about 2010 - 2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Claim for balance due on account for and/or acquired from AT&T**

---

**4.34**

| **Equity Funding LLC as successor in** | Last 4 digits of account number | **9758** | $52,397.57 |
|---|---|---|---|

Nonpriority Creditor's Name
**interest to Urban Partnership Bank**
**12505 Bel-Red Road, Ste. 200**
**Bellevue, WA 98005**
Number Street City State Zip Code

When was the debt incurred?   **on or about 2012 - 2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Claim for balance due on judgment account and/or mortgage loan and/or claim for and/or acquired from or as successor in interest to Urban Partnership Bank**

---

**4.35**

| **Flood, Micheal T., DPM** | Last 4 digits of account number | **3640** | $60.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**111 N. Wabash Avenue, Ste. 1914**
**Chicago, IL 60602**
Number Street City State Zip Code

When was the debt incurred?   **on or about 2013 - 3017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical expense**

---

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number (if know) _____

| 4.3 6 | **Gottlieb Memorial Hospital** | Last 4 digits of account number | **5086** | **$100.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 74867**
**Chicago, IL 60694**
Number Street City State Zip Code

**When was the debt incurred?**    **8/17/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical expense**

| 4.3 7 | **HSBC Bank USA, N.A.** | Last 4 digits of account number | **9549** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2013**
**Buffalo, NY 14240**
Number Street City State Zip Code

**When was the debt incurred?**    **on or about 2003 - 2010**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit account**

| 4.3 8 | **HSBC Bank USA, N.A.** | Last 4 digits of account number | **8553** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2013**
**Buffalo, NY 14240**
Number Street City State Zip Code

**When was the debt incurred?**    **on or about 2007 - 2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit account**

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**                                      Case number *(if know)* _____

---

| 4.3 9 | | | |
|---|---|---|---|

**Hugar Foot and Ankle**                  Last 4 digits of account number   **U000**                        **Unknown**
Nonpriority Creditor's Name
**1614 N. Harlem Avenue**               **When was the debt incurred?**   **on or about 2015 - 2018**
**Elmwood Park, IL 60707**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                          ☐ Contingent
■ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   **Medical expense**

---

| 4.4 0 | | | |
|---|---|---|---|

**Hugar, Donald W., Ltd.**                Last 4 digits of account number   _____                        **Unknown**
Nonpriority Creditor's Name
**1614 N. Harlem Avenue**               **When was the debt incurred?**   **on or about 2015 - 2018**
**Elmwood Park, IL 60707**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   **Medical expense**

---

| 4.4 1 | | | |
|---|---|---|---|

**IC Systems, Inc.**                      Last 4 digits of account number   **5001**                        **$600.00**
Nonpriority Creditor's Name
**PO Box 64378**                         **When was the debt incurred?**   **on or about 2010 - 2018**
**Saint Paul, MN 55164**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   **Claim for balance due on account for**
                                          **and/or acquired from AT&T**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

---

| 4.4 2 | **Illinois Emerg Med Specialists LLC** | Last 4 digits of account number | **0046** | **$1,194.00** |

Nonpriority Creditor's Name

**PO Box 71 402**
**Chicago, IL 60694**

When was the debt incurred?   **4/25/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  **Medical expense**

---

| 4.4 3 | **Klein, Lloyd W., M.D.S.C.** | Last 4 digits of account number | **7461** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 379**
**Orland Park, IL 60426**

When was the debt incurred?   **on or about 2013 - 2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  **Medical expense**

---

| 4.4 4 | **Loyola Ambulatory Surgical Center** | Last 4 digits of account number | **1831** | **Unknown** |

Nonpriority Creditor's Name

**1S224 Summit Avenue, Ste. 201**
**Oakbrook Terrace, IL 60181**

When was the debt incurred?   **on or about 2014 - 2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  **Medical expense**

---

Debtor 1 **BOBBY LOCKETT, Sr.**
Debtor 2 **EUNICE LOCKETT**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 5** | **Loyola Medicine** | |

Nonpriority Creditor's Name

**Loyola University Medical Center**
**Two Westbrook Corporate Ctr, #700**
**Westchester, IL 60154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **5086**  $100.00

When was the debt incurred?  **8/17/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

---

| | | |
|---|---|---|
| **4.4 6** | **Loyola Medicine** | |

Nonpriority Creditor's Name

**Loyola University Medical Center**
**Two Westbrook Corporate Ctr, #700**
**Westchester, IL 60154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4786**  $15.00

When was the debt incurred?  **on or about 2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

---

| | | |
|---|---|---|
| **4.4 7** | **Loyola Medicine** | |

Nonpriority Creditor's Name

**Loyola University Medical Center**
**Two Westbrook Corporate Ctr, #700**
**Westchester, IL 60154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4786**  $138.15

When was the debt incurred?  **on or about 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

---

**4.48**

**Loyola Medicine**

Nonpriority Creditor's Name

**Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4786**                      **$58.05**

**When was the debt incurred?**   **on or about 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical expense**

---

**4.49**

**Loyola Medicine**

Nonpriority Creditor's Name

**Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **5181**                      **$10.00**

**When was the debt incurred?**   **on or about 2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical expense**

---

**4.50**

**Loyola Medicine**

Nonpriority Creditor's Name

**Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4786**                      **$46.35**

**When was the debt incurred?**   **on or about 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical expense**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

| 4.5 1 | **Loyola Medicine** | Last 4 digits of account number | **5181** | **$15.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **on or about 2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

| 4.5 2 | **Loyola University Health Systems** | Last 4 digits of account number | **4786** | **$46.35** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2160 S. 1st Avenue
Maywood, IL 60153**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **on or about 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

| 4.5 3 | **Loyola University Health Systems** | Last 4 digits of account number | **0160** | **$100.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2160 S. 1st Avenue
Maywood, IL 60153**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **on or about 2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**                                      Case number (if know) _____

| 4.5 4 | **Loyola University Health Systems** | Last 4 digits of account number | **various** | **$340.00** |

Nonpriority Creditor's Name
**2160 S. 1st Avenue**
**Maywood, IL 60153**
Number Street City State Zip Code

When was the debt incurred?    **on or about 2014 - 2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical expense**

---

| 4.5 5 | **Loyola University Health Systems** | Last 4 digits of account number | **0040** | **$40.00** |

Nonpriority Creditor's Name
**2160 S. 1st Avenue**
**Maywood, IL 60153**
Number Street City State Zip Code

When was the debt incurred?    **on or about 2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical expense**

---

| 4.5 6 | **Loyola University Health Systems** | Last 4 digits of account number | **0057** | **$100.00** |

Nonpriority Creditor's Name
**2160 S. 1st Avenue**
**Maywood, IL 60153**
Number Street City State Zip Code

When was the debt incurred?    **on or about 2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical expense**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**                                    Case number (if know) _____

| 4.5 7 | **Loyola University Health Systems** | Last 4 digits of account number  **0096** | **$100.00** |

Nonpriority Creditor's Name
**2160 S. 1st Avenue**
**Maywood, IL 60153**
Number Street City State ZIp Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?  **on or about 2014**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

---

| 4.5 8 | **Lubawski, James** | Last 4 digits of account number  **4786** | **$58.05** |

Nonpriority Creditor's Name
**Loyola University Medical Center**
**Two Westbrook Corporate Ctr, #700**
**Westchester, IL 60154**
Number Street City State ZIp Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?  **on or about 2015**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

---

| 4.5 9 | **Lubawski, James** | Last 4 digits of account number  **4786** | **$46.35** |

Nonpriority Creditor's Name
**Loyola University Medical Center**
**Two Westbrook Corporate Ctr, #700**
**Westchester, IL 60154**
Number Street City State ZIp Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?  **on or about 2015**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

Debtor 1   **BOBBY LOCKETT, Sr.**
Debtor 2   **EUNICE LOCKETT**

Case number (*if know*)

---

| 4.6 0 | **McCarthy, Burgess & Wolff, Inc.** | Last 4 digits of account number | | $389.00 |

Nonpriority Creditor's Name
**26000 Cannon Road**
**Cleveland, OH 44146**
Number Street City State Zip Code

**When was the debt incurred?**   **on or about 2012 - 2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Claim for balance due on account for and/or acquired from Commonwealth Edison Company/ComEd**

---

| 4.6 1 | **Merrick Bank Corp.** | Last 4 digits of account number | 1576 | **Unknown** |

Nonpriority Creditor's Name
**PO Box 9201**
**Old Bethpage, NY 11804**
Number Street City State Zip Code

**When was the debt incurred?**   **on or about 1999 - 2008**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

---

**4.6
2**

**Nationwide Credit & Collection Inc.**
Nonpriority Creditor's Name
**815 Commerce Drive, Ste. 270
Attn:  Bankruptcy
Oak Brook, IL 60523**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **0881**              **$100.00**

When was the debt incurred?     **on or about 2010 - 2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Claim for balance due on account for and/or acquired from Gottlieb Memorial Hospital**

---

**4.6
3**

**Nicor Advanced Energy**
Nonpriority Creditor's Name
**Remittance Processing
PO Box 30093
Lansing, MI 48909**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **1RTB**              **Unknown**

When was the debt incurred?     **on or about 2013 - 2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Claim for balance due on utility acccount**

---

**4.6
4**

**Northwest Collectors, Inc.**
Nonpriority Creditor's Name
**3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **0929**              **$200.00**

When was the debt incurred?     **on or about 2010 - 2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Claim for balance duiue on account for and/or acquired from Village of Villa Park, IL**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

---

| 4.6 5 | **Orthofix, Inc.** | Last 4 digits of account number | **0170** | **Unknown** |

Nonpriority Creditor's Name
**3451 Plano Parkway**
**Lewisville, TX 75056**
Number Street City State Zip Code

**When was the debt incurred?**  **4/27/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical expense**

---

| 4.6 6 | **Pacold, Ivan V.** | Last 4 digits of account number | **5181** | **$10.00** |

Nonpriority Creditor's Name
**Loyola University Medical Center**
**Two Westbrook Corporate Ctr, #700**
**Westchester, IL 60154**
Number Street City State Zip Code

**When was the debt incurred?**  **on or about 2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical expense**

---

| 4.6 7 | **Pennymac Loan Service** | Last 4 digits of account number | **1538** | **Unknown** |

Nonpriority Creditor's Name
**Attn:  Bankruptcy**
**PO Box 514357**
**Los Angeles, CA 90051**
Number Street City State Zip Code

**When was the debt incurred?**  **on or about 2005 - 2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Any and claims for deficiency balance, deficiency judgment, principal, interest, late fees and/or any and all costs and expenses, arising from mortgage loan**

---

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number (if know) _____

| 4.68 | **Radiance Capital Financial LLC** | Last 4 digits of account number | **0333** | **$52,397.57** |
|------|-----------|-----|-----|-----|

Nonpriority Creditor's Name
**820 A Street, Ste. 220**
**Tacoma, WA 98402**
Number Street City State Zip Code

When was the debt incurred?    **on or about 2012 - 2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Claim for balance due on judgment account and/or mortgage loan and/or claim for and/or acquired from or as successor in interest to Urban Partnership Bank**

---

| 4.69 | **Raschka, Kathleen, MD** | Last 4 digits of account number | **5181** | **$15.00** |
|------|-----------|-----|-----|-----|

Nonpriority Creditor's Name
**Loyola University Medical Center**
**Two Westbrook Corporate Ctr, #700**
**Westchester, IL 60154**
Number Street City State Zip Code

When was the debt incurred?    **on or about 2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Medical expense**

---

| 4.70 | **RE Investors Inc.** | Last 4 digits of account number | **various** | **Unknown** |
|------|-----------|-----|-----|-----|

Nonpriority Creditor's Name
**1130 Darrow Avenue, Apt. 2N**
**Evanston, IL 60202**
Number Street City State Zip Code

When was the debt incurred?    **on or about 2012 - 2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Any and claims for monies due on accounts**

---

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number (if know) _____

---

| 4.7 1 | | |
|---|---|---|

**Regional Acceptance Corporation**

Nonpriority Creditor's Name

**PO Box 580075**
**Charlotte, NC 28258**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3967**    **Unknown**

**When was the debt incurred?**    **on or about 2014 - 2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Claim for balance due on account**

---

| 4.7 2 | | |
|---|---|---|

**Residential Credit Solutions, Inc.**

Nonpriority Creditor's Name

**4282 North Freeway**
**Fort Worth, TX 76137**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3489**    **Unknown**

**When was the debt incurred?**    **on or about 2003 - 2011**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Any and claims for deficiency balance, deficiency judgment, principal, interest, late fees and/or any and all costs and expenses, arising from mortgage loan**

---

| 4.7 3 | | |
|---|---|---|

**Sears/Citibank, NA**

Nonpriority Creditor's Name

**Citicorp Centralized Bankruptcy**
**PO Box 790040**
**Saint Louis, MO 63129**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4633**    **Unknown**

**When was the debt incurred?**    **on or about 2002 - 2011**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

---

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**                                      Case number (if know) _____

| 4.74 | **ShoreBank** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**7054 S. Jeffery Blvd**
**Chicago, IL 60649**

**When was the debt incurred?** _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Any and claims for deficiency balance, deficiency judgment, principal, interest, late fees and/or any and all costs and expenses, arising from mortgage loan**

| 4.75 | **Smith, Trixie J.** | **Last 4 digits of account number** **0004** | **$3,000.00** |

Nonpriority Creditor's Name

**328 N. Long Avenue**
**Chicago, IL 60644**

**When was the debt incurred?** **on or about 3/38/2013**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Claim for ex-parte judgment entered on 3/28/2013 against Debtor wife in Circuit Court of Cook County, IL Case No. 2013-M1-040004**

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

| 4.7 6 | **Southwest Credit Systems, LP** | Last 4 digits of account number | **xxxx** | **$64.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4120 International Prkwy, Ste. 1100**
**Carrollton, TX 75007**

**When was the debt incurred?**   **on or about 2017**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Claim for balance due on account for and/or acquired from Commonwealth Edison/ComEd**

| 4.7 7 | **Sst/synovus** | Last 4 digits of account number | **2845** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn:  Bankruptcy Department**
**PO Box 3997**
**Saint Joseph, MO 64503**

**When was the debt incurred?**   **on or about 2001 - 2007**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**                                                Case number (if know) _____

| 4.78 | **Syncb/evine** | Last 4 digits of account number | **0114** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 965005**
**Orlando, FL 32896**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?  **on or about 2003 - 2008**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

---

| 4.79 | **Synchrony Bank/ShopNBC** | Last 4 digits of account number | **0114** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 965064**
**Orlando, FL 32896**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?  **on or about 2003 - 2008**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

---

| 4.80 | **T-Mobile / GoSmart Mobile** | Last 4 digits of account number | **various** | **Unknown** |

Nonpriority Creditor's Name
**845 N. Michigan Avenue**
**Chicago, IL 60611**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?  **on or about 2010 - 2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Claim(s) for balances due on various accounts**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**                                      Case number (*if know*) _____

| 4.8 1 | **T-Mobile / Metro PCS** | Last 4 digits of account number | **various** | **Unknown** |

Nonpriority Creditor's Name
**3951 N. Kimball Avenue**
**Chicago, IL 60618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **on or about 2010 - 2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Claim(s) for balances due on various accounts**

---

| 4.8 2 | **T-Mobile / T-Mobile Sidekick Plan** | Last 4 digits of account number | **various** | **Unknown** |

Nonpriority Creditor's Name
**4830 N. Pulaski Road**
**Chicago, IL 60630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **on or about 2010 - 2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Claim(s) for balances due on various accounts**

---

| 4.8 3 | **T-Mobile / T-Mobile USA, Inc.** | Last 4 digits of account number | **various** | **Unknown** |

Nonpriority Creditor's Name
**12920 SE 38th Street**
**Bellevue, WA 98006**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **on or about 2010 - 2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Claim(s) for balances due on various accounts**

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**                                              Case number (if know) _____

| 4.8 4 | **T-Mobile / T-Mobile USA, Inc.** | Last 4 digits of account number | **various** | **Unknown** |

Nonpriority Creditor's Name

**1401 W. North Avenue**
**Melrose Park, IL 60160**

Number Street City State Zip Code

**When was the debt incurred?**    **on or ablout 2010 - 2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Claim(s) for balances due on various accounts**

---

| 4.8 5 | **T-Mobile / T-Mobile USA, Inc.** | Last 4 digits of account number | **various** | **Unknown** |

Nonpriority Creditor's Name

**2312 Harlem Avenue**
**North Riverside, IL 60546**

Number Street City State Zip Code

**When was the debt incurred?**    **on or about 2010 - 2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Claim(s) for balances due on various accounts**

---

| 4.8 6 | **Target National Bank** | Last 4 digits of account number | **8545** | **Unknown** |

Nonpriority Creditor's Name

**TD Bank USA, N.A.**
**PO Box 673**
**Minneapolis, MN 55440**

Number Street City State Zip Code

**When was the debt incurred?**    **on or about 1997 - 2010**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Various credit card purchases for food, clothes, gas, household goods and/or misc. sundry items**

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

---

| 4.8 7 | **Tennebaum, Anstadt and Proctor** | Last 4 digits of account number | **1274** | $20.00 |

Nonpriority Creditor's Name
**Tennebaum and Anstadt, Ltd.**
**675 W. North Avenue**
**Melrose Park, IL 60160**
Number Street City State Zip Code

When was the debt incurred?  **on or about 2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical expense**

---

| 4.8 8 | **Urban Partnership Bank** | Last 4 digits of account number | **3388** | Unknown |

Nonpriority Creditor's Name
**c/o Chuhak Tecson, P.C.**
**30 S. Wacker Drive, Ste. 2600**
**Chicago, IL 60606**
Number Street City State Zip Code

When was the debt incurred?  **on or about 2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Claim against Debtors in Circuit Court of Cook County, IL Case No. 2013 CH 17603**

---

| 4.8 9 | **Urban Partnership Bank** | Last 4 digits of account number | **0710** | Unknown |

Nonpriority Creditor's Name
**7054 S. Jeffery Blvd.**
**Chicago, IL 60649**
Number Street City State Zip Code

When was the debt incurred?  **pn or about 2010 - 2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Any and claims for deficiency balance, deficiency judgment, principal, interest, late fees and/or any and all costs and expenses, arising from mortgage loan**

---

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**                                    Case number *(if know)*

---

| 4.9 0 | **Urban Partnership Bank, as assignee** | Last 4 digits of account number | **9758** | **$52,397.57** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**of the Federal Deposit Ins. Corp.**          When was the debt incurred?    **on or about 2013**
**7936 S. Cottage Grove Avenue**
**Chicago, IL 60619**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

- [ ] Debtor 1 only                          - [ ] Contingent
- [ ] Debtor 2 only                          - [ ] Unliquidated
- [x] Debtor 1 and Debtor 2 only             - [ ] Disputed
- [ ] At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
- [ ] **Check if this claim is for a community debt**   - [ ] Student loans
**Is the claim subject to offset?**          - [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [x] No                                     - [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes                                     - [x] Other. Specify **Claim for judgment entered against Debtors in Circuit Court of Cook County, Il Case No. 2012 CH 19758 on May 16, 2013**

---

| 4.9 1 | **Village of Maywood** | Last 4 digits of account number | **various** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**40 Madison Street**                        When was the debt incurred?    **on or about 2012 - 2018**
**Maywood, IL 60153**
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

- [ ] Debtor 1 only                          - [ ] Contingent
- [ ] Debtor 2 only                          - [ ] Unliquidated
- [x] Debtor 1 and Debtor 2 only             - [ ] Disputed
- [ ] At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
- [ ] **Check if this claim is for a community debt**   - [ ] Student loans
**Is the claim subject to offset?**          - [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [x] No                                     - [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes                                     - [x] Other. Specify **Any and all claims, fines, tickets, ordinance violations, late fees, interest, costs and expenses related and/or arising from any and all claims for balances due on any and all accounts**

---

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number *(if know)* _____

| 4.9 2 | **Village of Villa Park, Illinois** | Last 4 digits of account number | **0929** | **$200.00** |

Nonpriority Creditor's Name

**20 S. Ardmore Avenue**
**Villa Park, IL 60181**

When was the debt incurred?    **on or about 2010 - 2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Claim for ordinance violation**

| 4.9 3 | **Wells Fargo Bank, N.A., as Trustee** | Last 4 digits of account number | | **$179,647.32** |

Nonpriority Creditor's Name

**for Park Place Securities, Inc.**
**420 Montgomery Street**
**San Francisco, CA 94163**

When was the debt incurred?    **on or about October 8, 2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Any and claims for deficiency balance, deficiency judgment, principal, interest, late fees and/or any and all costs and expenses, in Circuit Court of Cook County, IL Case**

☐ Yes

■ Other. Specify    **No. 2014 CH 10877**

| 4.9 4 | **Wells Fargo Dealer Services** | Last 4 digits of account number | **0902** | **$3,219.00** |

Nonpriority Creditor's Name

**PO Box 1697**
**Winterville, NC 28590**

When was the debt incurred?    **on or about 2007 - 2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Claim for balance of charge-off on auto**

☐ Yes

■ Other. Specify    **loan**

Debtor 1   **BOBBY LOCKETT, Sr.**
Debtor 2   **EUNICE LOCKETT**                                    Case number (if know) _____

---

| 4.9 5 | **Yacoub, Joseph** | Last 4 digits of account number | **0130** | **$138.15** |

Nonpriority Creditor's Name

**Loyola University Medical Center**
**Two Westbrook Corporate Ctr, #700**
**Westchester, IL 60154**

Number Street City State Zip Code

When was the debt incurred?    **on or about 2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Medical expense**

---

| 4.9 6 | **Zarubin, Paul** | Last 4 digits of account number | **various** | **Unknown** |

Nonpriority Creditor's Name

**1130 Darrow Avenue, Apt. 2N**
**Evanston, IL 60202**

Number Street City State Zip Code

When was the debt incurred?    **on or about 2012 - 2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Any and claims for monies due on accounts**

---

| 4.9 7 | **Zarubin, Pavel** | Last 4 digits of account number | **various** | **Unknown** |

Nonpriority Creditor's Name

**1130 Darrow Avenue, Apt. 2N**
**Evanston, IL 60202**

Number Street City State Zip Code

When was the debt incurred?    **on or about 2012 - 2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Any and claims for monies due on accounts**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

Debtor 1   **BOBBY LOCKETT, Sr.**

Debtor 2   **EUNICE LOCKETT**

Case number (if know) _____

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Aargon Agency Inc.**<br>**8668 Spring Mountain Road**<br>**Las Vegas, NV 89117** | Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Aargon Agency Inc.**<br>**8668 Spring Mountain Road**<br>**Las Vegas, NV 89117** | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Aargon Agency Inc.**<br>**8668 Spring Mountain Road**<br>**Las Vegas, NV 89117** | Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Aargon Agency Inc.**<br>**8668 Spring Mountain Road**<br>**Las Vegas, NV 89117** | Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Afni**<br>**PO Box 2097**<br>**Bloomington, IL 61702** | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Afni**<br>**PO Box 2097**<br>**Bloomington, IL 61702** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Afni**<br>**PO Box 2097**<br>**Bloomington, IL 61702** | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Afni, Inc.**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Afni, Inc.**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Afni, Inc.**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Afni, Inc.**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1 **BOBBY LOCKETT, Sr.**
Debtor 2 **EUNICE LOCKETT**

Case number *(if know)*

---

**Afni, Inc.**
**PO Box 2097**
**Bloomington, IL 61702**

Line **4.3** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**American Express**
**PO Box 981537**
**El Paso, TX 79998**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**American Express**
**PO Box 26312**
**Lehigh Valley, PA 18002**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**American Express**
**PO Box 297871**
**Fort Lauderdale, FL 33329**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**American Express**
**PO Box 360001**
**Fort Lauderdale, FL 33336**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**American Express**
**PO Box 981537**
**El Paso, TX 79998**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**American Express**
**PO Box 360001**
**Fort Lauderdale, FL 33336**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**American Express**
**Box 0001**
**Los Angeles, CA 90096**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**American Express**
**PO Box 26312**
**Lehigh Valley, PA 18002**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Anselmo Lindberg Oliver LLC**
**1771 West Diehl Road, Ste. 120**
**Naperville, IL 60563**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.93** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Anselmo Lindberg Oliver LLC**
**1771 West Diehl Road, Ste. 120**
**Naperville, IL 60563**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**AT&T**
**PO Box 6416**
**Carol Stream, IL 60197**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

| Debtor 1 | **BOBBY LOCKETT, Sr.** | |
|---|---|---|
| Debtor 2 | **EUNICE LOCKETT** | |

Case number (if know) _____

Last 4 digits of account number _____

---

| Name and Address<br>**AT&T**<br>**PO Box 6416**<br>**Carol Stream, IL 60197** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|

Last 4 digits of account number _____

---

| Name and Address<br>**AT&T**<br>**PO Box 6416**<br>**Carol Stream, IL 60197** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|

Last 4 digits of account number _____

---

| Name and Address<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|

Last 4 digits of account number _____

---

| Name and Address<br>**Capital One Bank (USA), N.A.**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|

Last 4 digits of account number _____

---

| Name and Address<br>**Capital One Bank USA, NA**<br>**15000 Capital One Drive**<br>**Richmond, VA 23238** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|

Last 4 digits of account number _____

---

| Name and Address<br>**Capital One, N.A.**<br>**PO Box 30253**<br>**Salt Lake City, UT 84130** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|

Last 4 digits of account number _____

---

| Name and Address<br>**Chase Mortgage**<br>**JPMorgan Chase Bank, N.A.**<br>**PO Box 24696**<br>**Columbus, OH 43224** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|

Last 4 digits of account number _____

---

| Name and Address<br>**Choice Recovery, Inc.**<br>**1550 Old Henderson Road, Ste.**<br>**S100**<br>**Columbus, OH 43220** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.87** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|

Last 4 digits of account number _____

---

| Name and Address<br>**Choice Recovery, Inc.**<br>**PO Box 20790**<br>**Columbus, OH 43220** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.87** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|

Last 4 digits of account number _____

---

| Name and Address<br>**Choice Recovery, Inc.**<br>**1550 Old Henderson Road, Ste.**<br>**S100**<br>**Columbus, OH 43220** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|

Last 4 digits of account number _____

---

| Name and Address<br>**Chuhak & Tecson. P.C.**<br>**30 S. Wacker Drive, #2600**<br>**Chicago, IL 60606** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.90** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

| | |
|---|---|
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chuhak & Tecson. P.C.**<br>**30 S. Wacker Drive, #2600**<br>**Chicago, IL 60606** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chuhak & Tecson. P.C.**<br>**30 S. Wacker Drive, #2600**<br>**Chicago, IL 60606** | Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chuhak & Tecson. P.C.**<br>**30 S. Wacker Drive, #2600**<br>**Chicago, IL 60606** | Line **4.88** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chuhak & Tecson. P.C.**<br>**30 S. Wacker Drive, #2600**<br>**Chicago, IL 60606** | Line **4.74** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chuhak & Tecson. P.C.**<br>**30 S. Wacker Drive, #2600**<br>**Chicago, IL 60606** | Line **4.68** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chuhak & Tecson. P.C.**<br>**30 S. Wacker Drive, #2600**<br>**Chicago, IL 60606** | Line **4.89** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Citibank, NA**<br>**PO Box 6282**<br>**Sioux Falls, SD 57117** | Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Codilis & Associates, PC**<br>**15W030 N. Frontage Road**<br>**Burr Ridge, IL 60527** | Line **4.67** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Columbus Bank & Trust**<br>**PO Box 3997**<br>**Saint Joseph, MO 64503** | Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Commonwealth Edison Company**<br>**ComEd**<br>**PO Box 805379**<br>**Chicago, IL 60680** | Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Commonwealth Edison Company**<br>**ComEd**<br>**PO Box 805379**<br>**Chicago, IL 60680** | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know)

---

Name and Address
**Commonwealth Edison Company**
**ComEd**
**PO Box 805379**
**Chicago, IL 60680**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Commonwealth Edison Company**
**ComEd**
**PO Box 6111**
**Carol Stream, IL 60197**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Cook County Dept of Revenue**
**ATTN: Accounts Receivable**
**PO Box 641547**
**Chicago, IL 60664**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit Protection Association**
**13355 Noel Road, Ste. 2100**
**Dallas, TX 75240**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit Protection Association**
**PO Box 802068**
**Dallas, TX 75380**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit Protection Association**
**13355 Noel Road, Ste. 2100**
**Dallas, TX 75240**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit Protection Association**
**PO Box 802068**
**Dallas, TX 75380**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit Protection Association**
**PO Box 802068**
**Dallas, TX 75380**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit Protection Association**
**13355 Noel Road, Ste. 2100**
**Dallas, TX 75240**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit Protection Association**
**13355 Noel Road, Ste. 2100**
**Dallas, TX 75240**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit Protection Association**
**13355 Noel Road, Ste. 2100**
**Dallas, TX 75240**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number *(if know)* _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Credit Protection Association**<br>PO Box 802068<br>Dallas, TX 75380 | Line **4.25** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Dependon Collection Service, Inc.**<br>PO Box 4833<br>Oak Brook, IL 60522 | Line **4.52** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Dependon Collection Service, Inc.**<br>4415 Harrison Street<br>Hillside, IL 60162 | Line **4.52** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Enhanced Recovery Corp.**<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | Line **4.6** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Enhanced Recovery Corp.**<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | Line **4.7** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Enhanced Recovery Corp.**<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | Line **4.8** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Equity Funding, LLC**<br>820 A Street, Ste. 220<br>Tacoma, WA 98402 | Line **4.34** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Gottlieb Memorial Hospital**<br>PO Box 74867<br>Chicago, IL 60694 | Line **4.45** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Gottlieb Memorial Hospital**<br>PO Box 74867<br>Chicago, IL 60694 | Line **4.49** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **IC Systems, Inc.**<br>PO Box 64378<br>Saint Paul, MN 55164 | Line **4.6** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **IC Systems, Inc.**<br>444 Highway 96 East<br>Saint Paul, MN 55127 | Line **4.6** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **IC Systems, Inc.**<br>PO Box 64378 | Line **4.7** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

**Saint Paul, MN 55164**

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**IC Systems, Inc.**<br>**444 Highway 96 East**<br>**Saint Paul, MN 55127**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**IC Systems, Inc.**<br>**444 Highway 96 East**<br>**Saint Paul, MN 55127**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**IC Systems, Inc.**<br>**PO Box 64378**<br>**Saint Paul, MN 55164**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**IC Systems, Inc.**<br>**444 Highway 96 East**<br>**Saint Paul, MN 55127**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**JPMorgan Chase Bank, N.A.**<br>**Court Orders & Levies**<br>**2 N. LaSalle Street**<br>**Chicago, IL 60602**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Keith S. Swindler**<br>**Law Office of Keith S. Swindler Ltd**<br>**1990 East Algonquin Road, Suite 180**<br>**Schaumburg, IL 60173**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.90** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Keith S. Swindler**<br>**Law Office of Keith S. Swindler Ltd**<br>**1990 East Algonquin Road, Suite 180**<br>**Schaumburg, IL 60173**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Loyola Medicine**<br>**Loyola University Medical Center**<br>**Two Westbrook Corporate Ctr, #700**<br>**Westchester, IL 60154**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Loyola Medicine**<br>**Loyola University Medical Center**<br>**Two Westbrook Corporate Ctr, #700**<br>**Westchester, IL 60154**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.53** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Loyola Medicine**<br>**Loyola University Medical Center**<br>**Two Westbrook Corporate Ctr, #700**<br>**Westchester, IL 60154** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.54** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1 **BOBBY LOCKETT, Sr.**
Debtor 2 **EUNICE LOCKETT**

Case number (if know) _____

---

| Last 4 digits of account number | |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Loyola Medicine** **Loyola University Medical Center** **Two Westbrook Corporate Ctr, #700** **Westchester, IL 60154** | Line **4.55** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Loyola Medicine** **Loyola University Medical Center** **Two Westbrook Corporate Ctr, #700** **Westchester, IL 60154** | Line **4.56** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Loyola Medicine** **Loyola University Medical Center** **Two Westbrook Corporate Ctr, #700** **Westchester, IL 60154** | Line **4.57** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Loyola University Health Systems** **2160 S. 1st Avenue** **Maywood, IL 60153** | Line **4.46** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Loyola University Health Systems** **2160 S. 1st Avenue** **Maywood, IL 60153** | Line **4.47** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Loyola University Health Systems** **2160 S. 1st Avenue** **Maywood, IL 60153** | Line **4.48** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Loyola University Health Systems** **2160 S. 1st Avenue** **Maywood, IL 60153** | Line **4.49** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Loyola University Health Systems** **2160 S. 1st Avenue** **Maywood, IL 60153** | Line **4.50** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Loyola University Health Systems** **2160 S. 1st Avenue** **Maywood, IL 60153** | Line **4.51** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Loyola University Medical Center** **LUMC Patients Payments** **PO Box 3021** **Milwaukee, WI 53201** | Line **4.52** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Loyola University Medical Center** **LUMC Patients Payments** | Line **4.53** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

| Debtor 1 | **BOBBY LOCKETT, Sr.** | |
|---|---|---|
| Debtor 2 | **EUNICE LOCKETT** | Case number (if know) _____ |

PO Box 3021
Milwaukee, WI 53201

Last 4 digits of account number

---

Name and Address
**Loyola University Medical Center**
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Loyola University Medical Center**
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Loyola University Medical Center**
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.56** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Loyola University Medical Center**
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Loyola University Medical Center**
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.46** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Loyola University Medical Center**
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.47** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Loyola University Medical Center**
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.48** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Loyola University Medical Center**
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Loyola University Medical Center**
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.50** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Loyola University Medical Center**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.51** of (Check one):

---

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number *(if know)*

---

**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.56** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.46** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.47** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.48** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LUMC Patients Payments**
**PO Box 3021**
**Milwaukee, WI 53201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.50** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **LUMC Patients Payments**<br>**PO Box 3021**<br>**Milwaukee, WI 53201** | Line **4.51** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Matthew Sweeney**<br>**PO Box 7935**<br>**Tacoma, WA 98417** | Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **McCarthy, Burgess & Wolff, Inc.**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **McCarthy, Burgess & Wolff, Inc.**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **McCarthy, Burgess & Wolff, Inc.**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **McCarthy, Burgess & Wolff, Inc.**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.**<br>**c/o Evergreen Bank Group**<br>**PO Box 3219**<br>**Oak Brook, IL 60522** | Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.**<br>**815 Commerce Drive, Ste. 270**<br>**Attn:  Bankruptcy**<br>**Oak Brook, IL 60523** | Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.**<br>**c/o Evergreen Bank Group**<br>**PO Box 3219**<br>**Oak Brook, IL 60522** | Line **4.45** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.**<br>**c/o Evergreen Bank Group**<br>**PO Box 3219**<br>**Oak Brook, IL 60522** | Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.**<br>**c/o Evergreen Bank Group** | Line **4.52** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

PO Box 3219
Oak Brook, IL 60522

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.** **c/o Evergreen Bank Group** **PO Box 3219** **Oak Brook, IL 60522** | Line **4.53** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.** **c/o Evergreen Bank Group** **PO Box 3219** **Oak Brook, IL 60522** | Line **4.54** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.** **c/o Evergreen Bank Group** **PO Box 3219** **Oak Brook, IL 60522** | Line **4.55** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.** **c/o Evergreen Bank Group** **PO Box 3219** **Oak Brook, IL 60522** | Line **4.56** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.** **c/o Evergreen Bank Group** **PO Box 3219** **Oak Brook, IL 60522** | Line **4.57** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.** **c/o Evergreen Bank Group** **PO Box 3219** **Oak Brook, IL 60522** | Line **4.46** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.** **c/o Evergreen Bank Group** **PO Box 3219** **Oak Brook, IL 60522** | Line **4.47** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.** **c/o Evergreen Bank Group** **PO Box 3219** **Oak Brook, IL 60522** | Line **4.48** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.** **c/o Evergreen Bank Group** **PO Box 3219** **Oak Brook, IL 60522** | Line **4.49** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Credit & Collection Inc.** | Line **4.50** of (Check one): |

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number *(if know)* _____

**c/o Evergreen Bank Group**
**PO Box 3219**
**Oak Brook, IL 60522**

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Nationwide Credit & Collection Inc.**
**c/o Evergreen Bank Group**
**PO Box 3219**
**Oak Brook, IL 60522**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.51** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Nationwide Credit & Collection Inc.**
**c/o Evergreen Bank Group**
**PO Box 3219**
**Oak Brook, IL 60522**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.62** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Northwest Collectors, Inc.**
**3601 Algonquin Road, Ste. 232**
**Rolling Meadows, IL 60008**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.92** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pennymac Loan Service**
**PO Box 514387**
**Los Angeles, CA 90051**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.67** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**RE Investors Inc.**
**PO Box 63**
**Skokie, IL 60076**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.70** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Regional Acceptance Corporation**
**PO Box 830913**
**Birmingham, AL 35283**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.71** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sears/Citibank, NA**
**PO Box 6282**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.73** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Smith, Trixie J.**
**1621 N. Mobile Avenue**
**Chicago, IL 60639**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.75** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Smith, Trixie J.**
**5720 Dutch Mill Ct.**
**Hanover Park, IL 60133**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.75** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Smith, Trixie J.**
**1111 N. Francisco Avenue**
**Chicago, IL 60622**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.75** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Smith, Trixie J.**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.75** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims

---

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number *(if know)* _____

**1021 N. Pulaski Road**
**Chicago, IL 60651**

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**Smith, Trixie J.**<br>**4845 W. Potomac Avenue**<br>**Chicago, IL 60651** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.75** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**Smith, Trixie J.**<br>**5642 W. North Avenue**<br>**Chicago, IL 60639** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.75** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**Smith, Trixie J.**<br>**1403 N. Laclair**<br>**Chicago, IL 60651** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.75** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**Smith, Trixie J.**<br>**5709 Tiburon Ct.**<br>**Hanover Park, IL 60133** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.75** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**Smith, Trixie J.**<br>**1420 N. Waller Avenue**<br>**Chicago, IL 60651** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.75** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**Southwest Credit Systems, LP**<br>**4120 International Prkwy, Ste. 1100**<br>**Carrollton, TX 75007** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**Southwest Credit Systems, LP**<br>**4120 International Prkwy, Ste. 1100**<br>**Carrollton, TX 75007** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**Southwest Credit Systems, LP**<br>**4120 International Prkwy, Ste. 1100**<br>**Carrollton, TX 75007** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**Southwest Credit Systems, LP**<br>**4120 International Prkwy, Ste. 1100**<br>**Carrollton, TX 75007** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**Sst/synovus**<br>**PO Box 3997**<br>**Saint Joseph, MO 64503** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.77** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| | |
|---|---|
| Name and Address<br>**Sst/synovus**<br>**4315 Pickett Road**<br>**Saint Joseph, MO 64503** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.77** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number (if know) _____

| | |
|---|---|
| Name and Address<br>**T-Mobile / GoSmart Mobile**<br>**845 N. Michigan Avenue**<br>**Chicago, IL 60611** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.83** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**T-Mobile / Metro PCS**<br>**3951 N. Kimball Avenue**<br>**Chicago, IL 60618** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.83** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**T-Mobile / T-Mobile Sidekick Plan**<br>**4830 N. Pulaski Road**<br>**Chicago, IL 60630** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.83** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**T-Mobile / T-Mobile USA, Inc.**<br>**2911 W. Addison Street**<br>**Chicago, IL 60618** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.83** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**T-Mobile / T-Mobile USA, Inc.**<br>**5123 S. Pulaski Road**<br>**Chicago, IL 60632** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.83** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**T-Mobile / T-Mobile USA, Inc.**<br>**2737 N. Elston Avenue**<br>**Chicago, IL 60647** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.83** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**T-Mobile / T-Mobile USA, Inc.**<br>**7601 S. Cicero Avenue**<br>**Chicago, IL 60652** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.83** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**T-Mobile / T-Mobile USA, Inc.**<br>**1639 N. Milwaukee Avenue**<br>**Chicago, IL 60647** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.82** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**T-Mobile / T-Mobile USA, Inc.**<br>**1451 E. 53rd Street**<br>**Chicago, IL 60615** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.82** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**T-Mobile / T-Mobile USA, Inc.**<br>**606 W. Roosevelt Road**<br>**Chicago, IL 60607** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.82** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**T-Mobile / T-Mobile USA, Inc.**<br>**845 N. Michigan Avenue**<br>**Chicago, IL 60611** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.82** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**T-Mobile / T-Mobile USA, Inc.**<br>**4714 N. Broadway Street** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.82** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number (if know) _____

**Chicago, IL 60640**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**T-Mobile / T-Mobile USA, Inc.**
**36 S. State Street**
**Chicago, IL 60603**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.82** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**T-Mobile / T-Mobile USA, Inc.**
**6216 N. Western Avenue**
**Chicago, IL 60659**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**T-Mobile / T-Mobile USA, Inc.**
**4830 N. Pulaski Road**
**Chicago, IL 60630**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**T-Mobile / T-Mobile USA, Inc.**
**3951 N. Kimball Avenue**
**Chicago, IL 60618**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**T-Mobile / T-Mobile USA, Inc.**
**4612 S. Kedzie Avenue**
**Chicago, IL 60632**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**T-Mobile / T-Mobile USA, Inc.**
**6179 N. Lincoln Avenue**
**Chicago, IL 60659**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**T-Mobile / T-Mobile USA, Inc.**
**2000 W. Chicago Avenue**
**Chicago, IL 60622**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**T-Mobile / T-Mobile USA, Inc.**
**6342 N. Cicero Avenue**
**Chicago, IL 60646**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**T-Mobile / T-Mobile USA, Inc.**
**205 W. 87th Street**
**Chicago, IL 60620**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**T-Mobile / T-Mobile USA, Inc.**
**2828 S. 17th Avenue**
**Broadview, IL 60155**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.84** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**T-Mobile / T-Mobile USA, Inc.**
**2620 N. Narragansett Avenue,**
**Suite B-5**
**Chicago, IL 60639**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.84** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1   **BOBBY LOCKETT, Sr.**
Debtor 2   **EUNICE LOCKETT**

Case number *(if know)*

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **T-Mobile / T-Mobile USA, Inc.**<br>**2515 W. North Avenue**<br>**Melrose Park, IL 60160**<br><br>Last 4 digits of account number | Line **4.84** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **T-Mobile USA, Inc.**<br>**8400 Grand Avenue**<br>**River Grove, IL 60171**<br><br>Last 4 digits of account number | Line **4.84** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **T-Mobile / T-Mobile USA, Inc.**<br>**1132 Lake Street**<br>**Oak Park, IL 60301**<br><br>Last 4 digits of account number | Line **4.84** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **T-Mobile / T-Mobile USA, Inc.**<br>**7501 W. Cermak Road**<br>**North Riverside, IL 60546**<br><br>Last 4 digits of account number | Line **4.84** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **T-Mobile / T-Mobile USA, Inc.**<br>**50 S. Mannheim Road**<br>**Unit J-04**<br>**Hillside, IL 60162**<br><br>Last 4 digits of account number | Line **4.84** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **T-Mobile / T-Mobile USA, Inc.**<br>**1700 N. Harlem Avenue**<br>**Elmwood Park, IL 60707**<br><br>Last 4 digits of account number | Line **4.85** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **T-Mobile / T-Mobile USA, Inc.**<br>**6 W. North Avenue**<br>**Northlake, IL 60164**<br><br>Last 4 digits of account number | Line **4.85** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **T-Mobile / T-Mobile USA, Inc.**<br>**50 E. Randolph Street, Ste. 2**<br>**Chicago, IL 60601**<br><br>Last 4 digits of account number | Line **4.85** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **T-Mobile / T-Mobile USA, Inc.**<br>**5757 W. Belmont Avenue**<br>**Chicago, IL 60634**<br><br>Last 4 digits of account number | Line **4.85** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **T-Mobile / T-Mobile USA, Inc.**<br>**3850 Harlem Avenue**<br>**Lyons, IL 60534**<br><br>Last 4 digits of account number | Line **4.85** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **T-Mobile / T-Mobile USA, Inc.**<br>**5355 W. Diversey Avenue**<br>**Chicago, IL 60639**<br><br>Last 4 digits of account number | Line **4.85** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

---

Debtor 1   **BOBBY LOCKETT, Sr.**

Debtor 2   **EUNICE LOCKETT**

Case number (if know) _____

| | |
|---|---|
| **Urban Partnership Bank**<br>**55 East Jackson, 16th Floor**<br>**Chicago, IL 60604** | Line **4.90** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number _____ |
| Name and Address<br>**Zarubin, Pavel**<br>**1130 Darrow Avenue, Apt. 2N**<br>**Evanston, IL 60202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.70** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number _____ |

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 357,796.92 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 357,796.92 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **EUNICE LOCKETT** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Fondren, Ronnie**<br>**801 Bellflower Lane**<br>**Bolingbrook, IL 60440** | **Lease of residence for Denbtors.** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **EUNICE LOCKETT** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number      Street<br>City                State                ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number      Street<br>City                State                ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| Debtor 1 | **BOBBY LOCKETT, Sr.** |
|---|---|
| Debtor 2 (Spouse, if filing) | **EUNICE LOCKETT** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                                12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** <br> ☐ Employed <br> ■ Not employed | ☐ Employed <br> ■ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | |
| | | **Employer's name** | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | |
| | | **How long employed there?** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1  **BOBBY LOCKETT, Sr.**
Debtor 2  **EUNICE LOCKETT**

Case number *(if known)* _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | | | |

**Copy line 4 here** .......................................................... 4. $ **0.00**  $ **0.00**

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. $ **0.00** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ $ **0.00** + $ **0.00** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6. $ **0.00**  $ **0.00**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7. $ **0.00**  $ **0.00**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a. $ **0.00**  $ **0.00**

8b. **Interest and dividends**  8b. $ **0.00**  $ **0.00**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c. $ **0.00**  $ **0.00**

8d. **Unemployment compensation**  8d. $ **0.00**  $ **0.00**

8e. **Social Security**  8e. $ **1,308.00**  $ **145.00**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____  8f. $ **0.00**  $ **0.00**

8g. **Pension or retirement income**  8g. $ **627.73**  $ **3,292.45**

8h. **Other monthly income.** Specify: _____  8h.+ $ **0.00** + $ **0.00**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9. $ **1,935.73**  $ **3,437.45**

10. **Calculate monthly income.** Add line 7 + line 9.  10. $ **1,935.73** + $ **3,437.45** = $ **5,373.18**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____  11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies  12. $ **5,373.18**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** |
| Debtor 2 (Spouse, if filing) | **EUNICE LOCKETT** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   　☐ No

   　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**　☐ No

   Do not list Debtor 1 and Debtor 2.　☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**　■ No　☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **2,000.00** |
| **If not included in line 4:** | | |
| 4a.　Real estate taxes | 4a. $ | **0.00** |
| 4b.　Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c.　Home maintenance, repair, and upkeep expenses | 4c. $ | **0.00** |
| 4d.　Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**                                    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 300.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 200.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 360.00 |
| | 6d. | Other. Specify: **Cable TV & internet service** | 6d. | $ | 240.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 650.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 120.00 |
| 10. | **Personal care products and services** | | 10. | $ | 60.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 260.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 440.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 278.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 400.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 656.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: **Prescription & OTC medication** | | 21. | +$ | 87.00 |
| | **Highway tolls** | | | +$ | 20.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 6,121.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 6,121.00 |

| | | | | |
|---|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 5,373.18 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 6,121.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -747.82 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **EUNICE LOCKETT** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ BOBBY LOCKETT, Sr.** | X **/s/ EUNICE LOCKETT** |
|---|---|
| **BOBBY LOCKETT, Sr.** | **EUNICE LOCKETT** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **March 14, 2018** | Date **March 14, 2018** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **EUNICE LOCKETT** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **256 N. Lavergne Sytreet Hillside, IL 60162** | From-To: **7/25/2015 - 10/2/2015** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |
| **802 N. 1st Avenue Maywood, IL 60153** | From-To: **2001 - 7/25/2015** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **BOBBY LOCKETT, Sr.** |
|---|---|
| Debtor 2 | **EUNICE LOCKETT** |

Case number *(if known)* _____

| **Part 2** | **Explain the Sources of Your Income** |
|---|---|

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

■ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Retirement Income | $1,883.19 | | |
| | | $0.00 | Retirement Income | $12,119.40 |
| | | $0.00 | Social Security Benefits | $819.00 |
| | Social Security Benefits | $3,981.00 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2017 )** | Retirement Income | $7,532.76 | | |
| | | $0.00 | Retirement Income | $24,238.80 |
| | | $0.00 | Social Security Benefits | $3,276.00 |
| | Social Security Benefits | $15,696.00 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2016 )** | Retirement Income | $7,532.76 | | |
| | Social Security Benefits | $15,588.00 | | |

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**    Case number *(if known)* _____

---

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■    No
☐    Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.    Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■    No
☐    Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9.    Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐    No
■    Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Bobby Lockett vs. Unisource 11-WC-047905** | **Workman's compensation claim; see Schedule B** | **Illinois Industrial Commission 100 W. Randolph Street Chicago, IL 60601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **BOBBY LOCKETT, Sr.**
Debtor 2   **EUNICE LOCKETT**                                    Case number *(if known)* _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| **Part 6:** | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number *(if known)*

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| **Law Offices of Joseph B. Taconi**<br>**1014 N. Eleventh Avenue**<br>**Melrose Park, IL 60160**<br>**Taconilawgroup@aol.com** | **$800.00 has been paid to date by the Debtor for attorney's fees and filing costs in Chapter 7 bankruptcy.** | **10/16/2016;**<br>**12/18/2016** | **$800.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
| --- | --- | --- | --- |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
| --- | --- | --- |

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
| --- | --- |

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it?<br>Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

| Debtor 1 | **BOBBY LOCKETT, Sr.** | |
|---|---|---|
| Debtor 2 | **EUNICE LOCKETT** | Case number *(if known)* |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:** Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**                                        Case number *(if known)*

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ BOBBY LOCKETT, Sr. | /s/ EUNICE LOCKETT |
|---|---|
| **BOBBY LOCKETT, Sr.** | **EUNICE LOCKETT** |
| Signature of Debtor 1 | Signature of Debtor 2 |

Date    March 14, 2018          Date    March 14, 2018

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **BOBBY LOCKETT, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **EUNICE LOCKETT** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7        12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

**1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Regional Acceptance Corporation** <br><br> Description of property securing debt: **2012 Buick Verano 68,000 miles miles Vehicle is in fair condition and needs mechanical work Location: 801 Bellflower Lane, Bolingbrook IL 60440** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased Property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: | ☐ No |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **BOBBY LOCKETT, Sr.**
Debtor 2    **EUNICE LOCKETT**

Case number *(if known)* _____

Description of leased
Property:                                                                              ☐ Yes

Lessor's name:                                                                         ☐ No
Description of leased
Property:                                                                              ☐ Yes

Lessor's name:                                                                         ☐ No
Description of leased
Property:                                                                              ☐ Yes

Lessor's name:                                                                         ☐ No
Description of leased
Property:                                                                              ☐ Yes

Lessor's name:                                                                         ☐ No
Description of leased
Property:                                                                              ☐ Yes

Lessor's name:                                                                         ☐ No
Description of leased
Property:                                                                              ☐ Yes

| Part 3: | Sign Below |
|---------|------------|

*Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.*

X **/s/ BOBBY LOCKETT, Sr.**                          X **/s/ EUNICE LOCKETT**
  **BOBBY LOCKETT, Sr.**                                 **EUNICE LOCKETT**
  Signature of Debtor 1                                  Signature of Debtor 2

  Date    **March 14, 2018**                           Date    **March 14, 2018**

Official Form 108                 **Statement of Intention for Individuals Filing Under Chapter 7**                 page 2

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **BOBBY LOCKETT, Sr.**
**EUNICE LOCKETT**

Case No.

Debtor(s)                                           Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,665.00 |
| Prior to the filing of this statement I have received | $ | 465.00 |
| Balance Due | $ | 1,200.00 |

2.   The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March 14, 2018**

*Date*

**/s/ Joseph B. Taconi**
**Joseph B. Taconi**
*Signature of Attorney*
**Law Offices of Joseph B. Taconi**
**1014 N. Eleventh Avenue**
**Melrose Park, IL 60160**
**708-289-8876  Fax: 708-289-8876**
**Taconilawgroup@aol.com**
*Name of law firm*

---

## AGREEMENT AS TO ATTORNEY'S FEES AND COSTS

## FOR LEGAL REPRESENTATION IN CHAPTER 7 BANKRUPTCY

This Agreement is made this _8th_ day of _OCTOBER, 2015_, by and between _BOBBY LOCKETT_ (and _EUNICE LOCKETT_ ), hereinafter referred to as the "Client," and GREGORY D. BRUNO and the Law Offices of GREGORY D. BRUNO, hereinafter referred to as the "Attorneys," for legal services to be rendered by the Attorneys on behalf of the Client in contemplation of or in connection with a Chapter 7 bankruptcy case.

Client and Attorneys agree that the minimum fee to be paid by Client to the Attorneys for such legal services shall be $ _2,000. 00_, which does/does not include the bankruptcy filing fee of $335.00, and which does/does not include a credit report fee of $ _76.00_  In this regard, Client agrees to deposit $ _500.00_ of the minimum fee as a retainer, prior to the preparation of a bankruptcy petition; and Client further agrees to pay the balance of the minimum fees within _2-4 MONTHS_ thereafter. (Attorney hereby acknowledges receipt of the sum of $_____ from Client on _____ ).

In return for the above-disclosed minimum fee, Attorneys hereby agree to render legal services to the Client for all aspects of a chapter 7 bankruptcy, including:

(1) Analyze the amount and nature of the debts owed by the person filing bankruptcy and determine the best remedy for the person's financial problems.

(2) Advise the person filing of the relief available under chapter 7 and the other chapters of the Bankruptcy Code, and the advisability of proceeding under each chapter.

(3) Assist the person in obtaining the required pre-bankruptcy budget and credit counseling briefing.

1

(4) Assemble the information and data necessary to prepare the chapter 7 bankruptcy forms for filing.

(5) Prepare the petitions, schedules, statements and other chapter 7 forms for filing with the bankruptcy court.

(6) Assist the person filing bankruptcy in arranging his or her assets so as to enable the person to retain as many of the assets as possible after the chapter 7 case is filed.

(7) Filing chapter 7 petitions, schedules, statements and other forms with the bankruptcy court, and, if necessary, notifying certain creditors of the commencement of the bankruptcy case.

(8) If necessary, assisting the person filing bankruptcy in reaffirming certain debts, redeeming personal property, setting aside mortgages or liens against exempt property, and otherwise carrying out the matters set forth in the statement of intention.

(9) Attending the meeting of creditors with the person filing bankruptcy and appearing with the person at any other hearings that may be held in the case.

(10) Assist the debtor in attending and completing the required instructional course on personal financial management.

(11) If necessary, preparing and filing amended schedules, statements, and other documents with the bankruptcy court in order to protect the rights of the person filing bankruptcy.

Client hereby acknowledges and agrees that the minimum fee stated in this Agreement may not be sufficient to pay and/or reimburse the Attorneys for all of their attorney's fees and costs/expenses, and in that event, the Client agrees to promptly pay any such additional amounts as they become due and owing.

**Client also acknowledges and agrees that this Agreement does <u>NOT</u> cover, include or provide for legal representation of Client in other legal matters, including but not limited to: bankruptcy adversary proceedings, issues as to fraudulent conveyances, asset exemptions and/or debt dischargeability, tax proceedings, judicial lien avoidances, relief from stay actions, civil litigation, and criminal investigation and/or prosecution, for which additional fees would need to be agreed upon and pre-paid by the Client in the event that legal representation becomes necessary for those types of legal matters.**

Due to a recent decision by the Illinois Supreme Court (Brian Dowling vs. Chicago Options Associates, Inc., Case No. 102578, Ill, 2007), the Attorneys propose to treat all payments made by the Client to the Attorney as an "advance payment retainer" in which the Client intends to make a present payment to the Attorneys in exchange for the commitment to provide legal services in the future. Ownership of this retainer passes to

the Attorneys immediately upon payment, and shall be deposited in the general office fund account of the Attorneys and not in a client trust account, and shall be withdrawn by the Attorneys at their sole discretion.   While the Client has the option to have such monetary payment placed into a "security retainer" and the choice of the type of retainer to be used is the Client's alone, the Supreme Court has found that the use of an "advance retainer agreement" would be appropriate when a client is facing bankruptcy, a collection action or a criminal forfeiture proceeding and therefore needs to secure and protect sufficient funds out of the reach of seizure in order to hire legal counsel, thereby being advantageous to the client   Your signature on this Agreement shall acknowledge and confirm your acceptance and approval of the use of an "advance payment retainer" by the Attorneys.


**The undersigned hereby acknowledges that he or she has read and does**

**accept the foregoing Agreement.**


Signed: _____   Dated: _10/8/2015_

Signed: _____   Dated: _10/8/2015_

Signed: _____   Dated: _10/8/2015_

# United States Bankruptcy Court
## Northern District of Illinois

In re   **BOBBY LOCKETT, Sr.**
**EUNICE LOCKETT**
_____
Debtor(s)

Case No. _____

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **321**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 14, 2018**
_____

**/s/ BOBBY LOCKETT, Sr.**
_____
**BOBBY LOCKETT, Sr.**
Signature of Debtor

Date:   **March 14, 2018**
_____

**/s/ EUNICE LOCKETT**
_____
**EUNICE LOCKETT**
Signature of Debtor

Aargon Agency Inc.
8668 Spring Mountain Road
Las Vegas, NV 89117


Aargon Agency Inc.
8668 Spring Mountain Road
Las Vegas, NV 89117


Aargon Agency Inc.
8668 Spring Mountain Road
Las Vegas, NV 89117


Aargon Agency Inc.
8668 Spring Mountain Road
Las Vegas, NV 89117


Adventist Hinsdale Hospital
75 Remittance Drive, Ste. 3250
Chicago, IL 60675


Afni
PO Box 2097
Bloomington, IL 61702


Afni
PO Box 2097
Bloomington, IL 61702


Afni
PO Box 2097
Bloomington, IL 61702


Afni, Inc.
PO Box 2097
Bloomington, IL 61702


Afni, Inc.
PO Box 3427
Bloomington, IL 61702


Afni, Inc.
PO Box 3427
Bloomington, IL 61702

```
Afni, Inc.
PO Box 3427
Bloomington, IL 61702


Afni, Inc.
PO Box 3427
Bloomington, IL 61702


Afni, Inc.
PO Box 3427
Bloomington, IL 61702


Afni, Inc.
PO Box 2097
Bloomington, IL 61702


American Express
Box 0001
Los Angeles, CA 90096


American Express
PO Box 297871
Fort Lauderdale, FL 33329


American Express
PO Box 981537
El Paso, TX 79998


American Express
PO Box 26312
Lehigh Valley, PA 18002


American Express
PO Box 360001
Fort Lauderdale, FL 33336


American Express
PO Box 297871
Fort Lauderdale, FL 33329


American Express
PO Box 981537
El Paso, TX 79998
```

American Express
Box 0001
Los Angeles, CA 90096


American Express
PO Box 26312
Lehigh Valley, PA 18002


American Express
PO Box 360001
Fort Lauderdale, FL 33336


American General Financial
American General Finance
PO Box 3251
Evansville, IN 47731


Anselmo Lindberg Oliver LLC
1771 West Diehl Road, Ste. 120
Naperville, IL 60563


Anselmo Lindberg Oliver LLC
1771 West Diehl Road, Ste. 120
Naperville, IL 60563


Anselmo Lindberg Oliver LLC
1771 West Diehl Road, Ste. 120
Naperville, IL 60563


Anselmo Lindberg Oliver LLC
1771 West Diehl Road, Ste. 120
Naperville, IL 60563


AT&T
208 S. Akard Street
Dallas, TX 75202


AT&T
208 S. Akard Street
Dallas, TX 75202


AT&T
208 S. Akard Street
Dallas, TX 75202

```
AT&T
PO Box 6416
Carol Stream, IL 60197


AT&T
PO Box 6416
Carol Stream, IL 60197


AT&T
PO Box 6416
Carol Stream, IL 60197


Barron, John T., MD
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Blue Cross Blue Shield of Illinois
PO Box 34576
Dept. 68969407
Louisville, KY 40232


Buchanan, Amy, MD
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Capital One
PO Box 30285
Salt Lake City, UT 84130


Capital One Bank (USA), N.A.
PO Box 6492
Carol Stream, IL 60197


Capital One Bank (USA), N.A.
PO Box 30281
Salt Lake City, UT 84130


Capital One Bank USA, NA
Capital One, N.A.
PO Box 30285
Salt Lake City, UT 84130
```

```
Capital One Bank USA, NA
15000 Capital One Drive
Richmond, VA 23238


Capital One, N.A.
PO Box 30285
Salt Lake City, UT 84130


Capital One, N.A.
PO Box 30253
Salt Lake City, UT 84130


Capital One, N.A.
PO Box 30253
Salt Lake City, UT 84130


Chase Bank (Court Orders & Levies)
JPMorgan Chase Bank, N.A.
350 S. Cleveland
Westerville, OH 43081


Chase Bank/Chase Bank USA, N.A.
PO Box 15298
Wilmington, DE 19850


Chase Mortgage
JPMorgan Chase Bank, N.A.
3415 Vision Drive
Columbus, OH 43219


Chase Mortgage
JPMorgan Chase Bank, N.A.
3415 Vision Drive
Columbus, OH 43219


Chase Mortgage
JPMorgan Chase Bank, N.A.
PO Box 24696
Columbus, OH 43224


Chase Mortgage
JPMorgan Chase Bank, N.A.
PO Box 24696
Columbus, OH 43224
```

Choice Recovery, Inc.
PO Box 20790
Columbus, OH 43220


Choice Recovery, Inc.
1550 Old Henderson Road, Ste. S100
Columbus, OH 43220


Choice Recovery, Inc.
PO Box 20790
Columbus, OH 43220


Choice Recovery, Inc.
1550 Old Henderson Road, Ste. S100
Columbus, OH 43220


Chuhak & Tecson. P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606


Chuhak & Tecson. P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606


Chuhak & Tecson. P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606


Chuhak & Tecson. P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606


Chuhak & Tecson. P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606


Chuhak & Tecson. P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606


Chuhak & Tecson. P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606

```
Chuhak & Tecson. P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606


Chuhak & Tecson. P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606


Chuhak & Tecson. P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606


Citibank, NA
Citicorp Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63129


Citibank, NA
PO Box 6282
Sioux Falls, SD 57117


Codilis & Associates, PC
15W030 N. Frontage Road
Burr Ridge, IL 60527


Codilis & Associates, PC
15W030 N. Frontage Road
Burr Ridge, IL 60527


Columbus Bank & Trust
Attn: Bankruptcy Dept.
PO Box 3997
Saint Joseph, MO 64503


Columbus Bank & Trust
PO Box 3997
Saint Joseph, MO 64503


Commonwealth Edison Company
ComEd
PO Box 6111
Carol Stream, IL 60197
```

```
Commonwealth Edison Company
ComEd
PO Box 6111
Carol Stream, IL 60197


Commonwealth Edison Company
ComEd
PO Box 6111
Carol Stream, IL 60197


Commonwealth Edison Company
ComEd
PO Box 805379
Chicago, IL 60680


Commonwealth Edison Company
ComEd
PO Box 805379
Chicago, IL 60680


Commonwealth Edison Company
ComEd
PO Box 805379
Chicago, IL 60680


Commonwealth Edison Company
ComEd
PO Box 805379
Chicago, IL 60680


Commonwealth Edison Company
ComEd
PO Box 6111
Carol Stream, IL 60197


Cook County Dept of Revenue
118 N. Clark Street, Room 1160
Chicago, IL 60602


Cook County Dept of Revenue
ATTN: Accounts Receivable
PO Box 641547
Chicago, IL 60664
```

```
Cook County Treasurer
PO Box 805438
Chicago, IL 60680


Cook County Treasurer
PO Box 805438
Chicago, IL 60680


Cook County Treasurer
PO Box 805438
Chicago, IL 60680


Credit Protection Association
PO Box 802068
Dallas, TX 75380


Credit Protection Association
13355 Noel Road, Ste. 2100
Dallas, TX 75240


Credit Protection Association
PO Box 802068
Dallas, TX 75380


Credit Protection Association
13355 Noel Road, Ste. 2100
Dallas, TX 75240


Credit Protection Association
PO Box 802068
Dallas, TX 75380


Credit Protection Association
13355 Noel Road, Ste. 2100
Dallas, TX 75240


Credit Protection Association
PO Box 802068
Dallas, TX 75380


Credit Protection Association
13355 Noel Road, Ste. 2100
Dallas, TX 75240
```

Credit Protection Association
13355 Noel Road, Ste. 2100
Dallas, TX 75240


Credit Protection Association
PO Box 802068
Dallas, TX 75380


Deltcheva, Iliana
1130 Darrow Avenue, Apt. 2N
Evanston, IL 60202


Dependon Collection Service, Inc.
PO Box 4833
Oak Brook, IL 60522


Dependon Collection Service, Inc.
4415 Harrison Street
Hillside, IL 60162


Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL 32256


Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL 32256


Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL 32256


Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL 32256


Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL 32256


Equity Funding LLC as successor in
interest to Urban Partnership Bank
12505 Bel-Red Road, Ste. 200
Bellevue, WA 98005

Equity Funding LLC as successor in
interest to Urban Partnership Bank
12505 Bel-Red Road, Ste. 200
Bellevue, WA 98005


Equity Funding, LLC
820 A Street, Ste. 220
Tacoma, WA 98402


Equity Funding, LLC
820 A Street, Ste. 220
Tacoma, WA 98402


Flood, Micheal T., DPM
111 N. Wabash Avenue, Ste. 1914
Chicago, IL 60602


Fondren, Ronnie
801 Bellflower Lane
Bolingbrook, IL 60440


Gottlieb Memorial Hospital
PO Box 74867
Chicago, IL 60694


Gottlieb Memorial Hospital
PO Box 74867
Chicago, IL 60694


Gottlieb Memorial Hospital
PO Box 74867
Chicago, IL 60694


HSBC Auto Finance
PO Box 961245
Fort Worth, TX 76161


HSBC Auto Finance
PO Box 961245
Fort Worth, TX 76161


HSBC Bank USA, N.A.
PO Box 2013
Buffalo, NY 14240

HSBC Bank USA, N.A.
PO Box 2013
Buffalo, NY 14240


Hugar Foot and Ankle
1614 N. Harlem Avenue
Elmwood Park, IL 60707


Hugar, Donald W., Ltd.
1614 N. Harlem Avenue
Elmwood Park, IL 60707


IC Systems, Inc.
PO Box 64378
Saint Paul, MN 55164


IC Systems, Inc.
PO Box 64378
Saint Paul, MN 55164


IC Systems, Inc.
444 Highway 96 East
Saint Paul, MN 55127


IC Systems, Inc.
PO Box 64378
Saint Paul, MN 55164


IC Systems, Inc.
444 Highway 96 East
Saint Paul, MN 55127


IC Systems, Inc.
PO Box 64378
Saint Paul, MN 55164


IC Systems, Inc.
444 Highway 96 East
Saint Paul, MN 55127


IC Systems, Inc.
444 Highway 96 East
Saint Paul, MN 55127

Illinois Emerg Med Specialists LLC
PO Box 71 402
Chicago, IL 60694


JPMorgan Chase Bank, N.A.
Court Orders & Levies
2 N. LaSalle Street
Chicago, IL 60602


Keith S. Swindler
Law Office of Keith S. Swindler Ltd
1990 East Algonquin Road, Suite 180
Schaumburg, IL 60173


Keith S. Swindler
Law Office of Keith S. Swindler Ltd
1990 East Algonquin Road, Suite 180
Schaumburg, IL 60173


Keith S. Swindler
Law Office of Keith S. Swindler Ltd
1990 East Algonquin Road, Suite 180
Schaumburg, IL 60173


Klein, Lloyd W., M.D.S.C.
PO Box 379
Orland Park, IL 60426


Loyola Ambulatory Surgical Center
1S224 Summit Avenue, Ste. 201
Oakbrook Terrace, IL 60181


Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154

Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154

```
Loyola Medicine
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Loyola University Health Systems
2160 S. 1st Avenue
Maywood, IL 60153


Loyola University Health Systems
2160 S. 1st Avenue
Maywood, IL 60153


Loyola University Health Systems
2160 S. 1st Avenue
Maywood, IL 60153


Loyola University Health Systems
2160 S. 1st Avenue
Maywood, IL 60153


Loyola University Health Systems
2160 S. 1st Avenue
Maywood, IL 60153


Loyola University Health Systems
2160 S. 1st Avenue
Maywood, IL 60153


Loyola University Health Systems
2160 S. 1st Avenue
Maywood, IL 60153


Loyola University Health Systems
2160 S. 1st Avenue
Maywood, IL 60153


Loyola University Health Systems
2160 S. 1st Avenue
Maywood, IL 60153


Loyola University Health Systems
2160 S. 1st Avenue
Maywood, IL 60153
```

Loyola University Health Systems
2160 S. 1st Avenue
Maywood, IL 60153


Loyola University Health Systems
2160 S. 1st Avenue
Maywood, IL 60153


Loyola University Medical Center
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


Loyola University Medical Center
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


Loyola University Medical Center
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


Loyola University Medical Center
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


Loyola University Medical Center
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


Loyola University Medical Center
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


Loyola University Medical Center
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201

```
Loyola University Medical Center
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


Loyola University Medical Center
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


Loyola University Medical Center
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


Loyola University Medical Center
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


Loyola University Medical Center
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


Lubawski, James
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Lubawski, James
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201
```

```
LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


LUMC Patients Payments
PO Box 3021
Milwaukee, WI 53201


Matthew Sweeney
PO Box 7935
Tacoma, WA 98417


McCarthy, Burgess & Wolff, Inc.
26000 Cannon Road
Cleveland, OH 44146
```

McCarthy, Burgess & Wolff, Inc.
26000 Cannon Road
Cleveland, OH 44146


McCarthy, Burgess & Wolff, Inc.
26000 Cannon Road
Cleveland, OH 44146


McCarthy, Burgess & Wolff, Inc.
26000 Cannon Road
Cleveland, OH 44146


McCarthy, Burgess & Wolff, Inc.
26000 Cannon Road
Cleveland, OH 44146


Merrick Bank Corp.
PO Box 9201
Old Bethpage, NY 11804


Midland Mortgage/MidFirst
Attn: Customer Service/Bankruptcy
PO Box 26648
Oklahoma City, OK 73216


Midland Mortgage/MidFirst
999 NW Grand Blvd.
Oklahoma City, OK 73118


Nationwide Credit & Collection Inc.
815 Commerce Drive, Ste. 270
Attn: Bankruptcy
Oak Brook, IL 60523


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
815 Commerce Drive, Ste. 270
Attn: Bankruptcy
Oak Brook, IL 60523

```
Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522
```

Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nationwide Credit & Collection Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook, IL 60522


Nicor Advanced Energy
Remittance Processing
PO Box 30093
Lansing, MI 48909


Northwest Collectors, Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008


Northwest Collectors, Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008


Orthofix, Inc.
3451 Plano Parkway
Lewisville, TX 75056

```
Pacold, Ivan V.
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Pennymac Loan Service
Attn: Bankruptcy
PO Box 514357
Los Angeles, CA 90051


Pennymac Loan Service
PO Box 514387
Los Angeles, CA 90051


Pennymac Loan Service
PO Box 514387
Los Angeles, CA 90051


Pennymac Loan Services, LLC
Attn: Bankruptcy
PO Box 514357
Los Angeles, CA 90051


Radiance Capital Financial LLC
820 A Street, Ste. 220
Tacoma, WA 98402


Radiance Capital Financial LLC
820 A Street, Ste. 220
Tacoma, WA 98402


Raschka, Kathleen, MD
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


RE Investors Inc.
1130 Darrow Avenue, Apt. 2N
Evanston, IL 60202


RE Investors Inc.
PO Box 63
Skokie, IL 60076
```

Regional Acceptance Corporation
PO Box 580075
Charlotte, NC 28258

Regional Acceptance Corporation
PO Box 580075
Charlotte, NC 28258

Regional Acceptance Corporation
PO Box 830913
Birmingham, AL 35283

Regional Acceptance Corporation
PO Box 830913
Birmingham, AL 35283

Regional Acceptance Corporation
304 Kellm Road
Virginia Beach, VA 23462

Residential Credit Solutions, Inc.
4282 North Freeway
Fort Worth, TX 76137

Residential Credit Solutions, Inc.
4282 North Freeway
Fort Worth, TX 76137

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161

Sears/Citibank, NA
Citicorp Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63129

Sears/Citibank, NA
PO Box 6282
Sioux Falls, SD 57117


ShoreBank
7054 S. Jeffery Blvd
Chicago, IL 60649


ShoreBank
7054 S. Jeffery Blvd
Chicago, IL 60649


Smith, Trixie J.
328 N. Long Avenue
Chicago, IL 60644


Smith, Trixie J.
1621 N. Mobile Avenue
Chicago, IL 60639


Smith, Trixie J.
1420 N. Waller Avenue
Chicago, IL 60651


Smith, Trixie J.
5709 Tiburon Ct.
Hanover Park, IL 60133


Smith, Trixie J.
1403 N. Laclair
Chicago, IL 60651


Smith, Trixie J.
5642 W. North Avenue
Chicago, IL 60639


Smith, Trixie J.
4845 W. Potomac Avenue
Chicago, IL 60651


Smith, Trixie J.
1021 N. Pulaski Road
Chicago, IL 60651

Smith, Trixie J.
1111 N. Francisco Avenue
Chicago, IL 60622


Smith, Trixie J.
5720 Dutch Mill Ct.
Hanover Park, IL 60133


Southwest Credit Systems, LP
4120 International Prkwy, Ste. 1100
Carrollton, TX 75007


Southwest Credit Systems, LP
4120 International Prkwy, Ste. 1100
Carrollton, TX 75007


Southwest Credit Systems, LP
4120 International Prkwy, Ste. 1100
Carrollton, TX 75007


Southwest Credit Systems, LP
4120 International Prkwy, Ste. 1100
Carrollton, TX 75007


Southwest Credit Systems, LP
4120 International Prkwy, Ste. 1100
Carrollton, TX 75007


Springleaf Financial Services
Attn: Bankruptcy Department
PO Box 3251
Evansville, IN 47731


Sst/synovus
Attn: Bankruptcy Department
PO Box 3997
Saint Joseph, MO 64503


Sst/synovus
PO Box 3997
Saint Joseph, MO 64503


Sst/synovus
4315 Pickett Road
Saint Joseph, MO 64503

Syncb/evine
PO Box 965005
Orlando, FL 32896


Synchrony Bank/ShopNBC
PO Box 965064
Orlando, FL 32896


T-Mobile / GoSmart Mobile
845 N. Michigan Avenue
Chicago, IL 60611


T-Mobile / GoSmart Mobile
845 N. Michigan Avenue
Chicago, IL 60611


T-Mobile / Metro PCS
3951 N. Kimball Avenue
Chicago, IL 60618


T-Mobile / Metro PCS
3951 N. Kimball Avenue
Chicago, IL 60618


T-Mobile / T-Mobile Sidekick Plan
4830 N. Pulaski Road
Chicago, IL 60630


T-Mobile / T-Mobile Sidekick Plan
4830 N. Pulaski Road
Chicago, IL 60630


T-Mobile / T-Mobile USA, Inc.
12920 SE 38th Street
Bellevue, WA 98006


T-Mobile / T-Mobile USA, Inc.
1401 W. North Avenue
Melrose Park, IL 60160


T-Mobile / T-Mobile USA, Inc.
2312 Harlem Avenue
North Riverside, IL 60546

T-Mobile / T-Mobile USA, Inc.
2911 W. Addison Street
Chicago, IL 60618


T-Mobile / T-Mobile USA, Inc.
5123 S. Pulaski Road
Chicago, IL 60632


T-Mobile / T-Mobile USA, Inc.
7601 S. Cicero Avenue
Chicago, IL 60652


T-Mobile / T-Mobile USA, Inc.
2737 N. Elston Avenue
Chicago, IL 60647


T-Mobile / T-Mobile USA, Inc.
606 W. Roosevelt Road
Chicago, IL 60607


T-Mobile / T-Mobile USA, Inc.
4714 N. Broadway Street
Chicago, IL 60640


T-Mobile / T-Mobile USA, Inc.
36 S. State Street
Chicago, IL 60603


T-Mobile / T-Mobile USA, Inc.
1639 N. Milwaukee Avenue
Chicago, IL 60647


T-Mobile / T-Mobile USA, Inc.
1451 E. 53rd Street
Chicago, IL 60615


T-Mobile / T-Mobile USA, Inc.
845 N. Michigan Avenue
Chicago, IL 60611


T-Mobile / T-Mobile USA, Inc.
4612 S. Kedzie Avenue
Chicago, IL 60632

T-Mobile / T-Mobile USA, Inc.
6179 N. Lincoln Avenue
Chicago, IL 60659


T-Mobile / T-Mobile USA, Inc.
2000 W. Chicago Avenue
Chicago, IL 60622


T-Mobile / T-Mobile USA, Inc.
6342 N. Cicero Avenue
Chicago, IL 60646


T-Mobile / T-Mobile USA, Inc.
205 W. 87th Street
Chicago, IL 60620


T-Mobile / T-Mobile USA, Inc.
6216 N. Western Avenue
Chicago, IL 60659


T-Mobile / T-Mobile USA, Inc.
4830 N. Pulaski Road
Chicago, IL 60630


T-Mobile / T-Mobile USA, Inc.
3951 N. Kimball Avenue
Chicago, IL 60618


T-Mobile / T-Mobile USA, Inc.
2515 W. North Avenue
Melrose Park, IL 60160


T-Mobile / T-Mobile USA, Inc.
8400 Grand Avenue
River Grove, IL 60171


T-Mobile / T-Mobile USA, Inc.
2828 S. 17th Avenue
Broadview, IL 60155


T-Mobile / T-Mobile USA, Inc.
1132 Lake Street
Oak Park, IL 60301

T-Mobile / T-Mobile USA, Inc.
50 S. Mannheim Road
Unit J-04
Hillside, IL 60162


T-Mobile / T-Mobile USA, Inc.
7501 W. Cermak Road
North Riverside, IL 60546


T-Mobile / T-Mobile USA, Inc.
2620 N. Narragansett Avenue,
Suite B-5
Chicago, IL 60639


T-Mobile / T-Mobile USA, Inc.
3850 Harlem Avenue
Lyons, IL 60534


T-Mobile / T-Mobile USA, Inc.
5355 W. Diversey Avenue
Chicago, IL 60639


T-Mobile / T-Mobile USA, Inc.
5757 W. Belmont Avenue
Chicago, IL 60634


T-Mobile / T-Mobile USA, Inc.
6 W. North Avenue
Northlake, IL 60164


T-Mobile / T-Mobile USA, Inc.
50 E. Randolph Street, Ste. 2
Chicago, IL 60601


T-Mobile / T-Mobile USA, Inc.
1700 N. Harlem Avenue
Elmwood Park, IL 60707


Target National Bank
TD Bank USA, N.A.
PO Box 673
Minneapolis, MN 55440

```
Tennebaum, Anstadt and Proctor
Tennebaum and Anstadt, Ltd.
675 W. North Avenue
Melrose Park, IL 60160


Urban Partnership Bank
c/o Chuhak Tecson, P.C.
30 S. Wacker Drive, Ste. 2600
Chicago, IL 60606


Urban Partnership Bank
7054 S. Jeffery Blvd.
Chicago, IL 60649


Urban Partnership Bank
7054 S. Jeffery Blvd.
Chicago, IL 60649


Urban Partnership Bank
55 East Jackson, 16th Floor
Chicago, IL 60604


Urban Partnership Bank
55 East Jackson, 16th Floor
Chicago, IL 60604


Urban Partnership Bank
7054 S. Jeffery Blvd.
Chicago, IL 60649


Urban Partnership Bank, as assignee
of the Federal Deposit Ins. Corp.
7936 S. Cottage Grove Avenue
Chicago, IL 60619


Urban Partnership Bank, as assignee
of the Federal Deposit Ins. Corp.
7936 S. Cottage Grove Avenue
Chicago, IL 60619


Village of Maywood
40 Madison Street
Maywood, IL 60153
```

Village of Villa Park, Illinois
20 S. Ardmore Avenue
Villa Park, IL 60181


Wells Fargo Bank, N.A., as Trustee
for Park Place Securities, Inc.
420 Montgomery Street
San Francisco, CA 94163


Wells Fargo Bank, N.A., as Trustee
for Park Place Securities, Inc.
420 Montgomery Street
San Francisco, CA 94163


Wells Fargo Dealer Services
PO Box 1697
Winterville, NC 28590


Wells Fargo Dealer Services
PO Box 1697
Winterville, NC 28590


Yacoub, Joseph
Loyola University Medical Center
Two Westbrook Corporate Ctr, #700
Westchester, IL 60154


Zarubin, Paul
1130 Darrow Avenue, Apt. 2N
Evanston, IL 60202


Zarubin, Pavel
1130 Darrow Avenue, Apt. 2N
Evanston, IL 60202


Zarubin, Pavel
1130 Darrow Avenue, Apt. 2N
Evanston, IL 60202